IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | ) ) ) | CASE NO. 5:18-cv-182 |
| Plaintiff, | ) ) | **ATTORNEY SARAH M. MANCUSO'S MOTION FOR LEAVE TO** |
| v. | ) ) | **WITHDRAW AS COUNSEL FOR DEFENDANT TOTAL MARKETING** |
| DIRECT ENERGY, LP, *et al.*, | ) ) | **CONCEPTS, INC.** |
| Defendants. | | |

Now comes Attorney Sarah M. Mancuso with the law firm of McDonald Hopkins LLC, pursuant to Northern District of Ohio Local Rule 83.9, and hereby moves for leave from this Court to withdraw as counsel for Defendant Total Marketing Concepts, Inc. ("TMC"). Written notice of withdrawal has been provided to TMC, and this motion will serve as notice to all counsel. Attorney Mancuso is withdrawing because she is no longer associated with Reminger Co., L.P.A. Attorneys Gregory G. Guice and Andrew J. Dorman of Reminger Co., L.P.A. will remain counsel for TMC. Accordingly, TMC will suffer no prejudice in allowing Attorney Mancuso to withdraw.

For these reasons, Attorney Mancuso respectfully moves this Court for leave to withdraw as counsel for Defendant Total Marketing Concepts, Inc.

        Respectfully submitted,

        */s/ Sarah M. Mancuso*
        SARAH M. MANCUSO (0096589)
        **MCDONALD HOPKINS LLC**
        600 Superior Avenue, East
        Suite 2100
        Cleveland, Ohio 44014
        Ph: (216) 348-5400
        Fax: (216) 348-5474
        E-mail: smancuso@mcdonaldhopkins.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been filed via the Court's e-filing system, on October 1, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Sarah M. Mancuso*
SARAH M. MANCUSO (0096589)
