# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : : : | Case No. 5:18-cv-182-GJL |
| | : | Magistrate Judge Limbert |
| Plaintiff, | : : | |
| v. | : : | |
| DIRECT ENERGY, LP, et al., | : : : | |
| Defendants. | : | |

### DECLARATION OF JONATHAN P. MISNY

Jonathan P. Misny declares under penalty of perjury as follows:

1. I am one of the attorneys representing Plaintiff Matthew Dickson in the above-cited case and have personal knowledge of all facts set forth herein and declare the following to be true and accurate under the penalty of perjury.

2. I offer this declaration in support of Plaintiff's Reply Memorandum in Support of Motion for Class Certification.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the Service Proposal produced by Active Prospect on November 20, 2019 pursuant to a subpoena.

4. Attached hereto as Exhibit 2 is a true and accurate copy of Plaintiff's First Set of Discovery Requests to Direct Energy, LP, served in this matter on June 6, 2018.

5. Attached hereto as Exhibit 3 is a true and accurate copy of Plaintiff's First Set of Discovery Requests to Total Marketing Concepts, Inc., served in this matter on June 6, 2018.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the Subpoena issued by Plaintiff to DMI Partners, Inc. in this matter on October 30, 2019.

7. Attached hereto as Exhibit 5 is a true and accurate copy of the subpoena response received from counsel for DMI Partners, Inc. on November 26, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 22, 2020 in Franklin County, Ohio.

**/s/ Jonathan P. Misny**
Jonathan P. Misny
