# EXHIBIT 1



# Service Proposal

**MAY 13, 2019**
Proposal Valid for 30 days



**PREPARED FOR:**

**George Lonabaugh**
*President*
**Total Marketing Concepts**

George@TheTMCteam.com
407.562.3201

**PREPARED BY:**

**Randy Bourgeois**
*Director, Consumer Finance*
ActiveProspect, Inc.

randy@activeprospect.com
704-577-6404

Doc ID: f831f6850d71bc366ef328e349a8c1ae7016cdb0

**EXECUTIVE SUMMARY  |  TOTAL MARKETING CONCEPTS**

Total Marketing Concepts is a performance-based marketing agency that operates call centers that support advertisers in several product verticals.

To implement best practices for TCPA compliance, Total Marketing Concepts would like to begin claiming TrustedForm Certificates on leads that it brings into its operation.

Certificate claims will be made via API and certificates will be stored for a period of 5 years.



ActiveProspect, Inc.  |  4203 Guadalupe St. Austin, TX 78751  |  ActiveProspect.com  |  888-642-4159

Confidential. This document contains information of a sensitive nature to ActiveProspect and recipient. Distribution of this information is strictly limited to these parties only.

Doc ID: f831f6850d71bc366ef328e349a8c1ae7016cdbc

PROPOSAL OVERVIEW  |  TOTAL MARKETING CONCEPTS

## Contract Terms

| | |
|---|---|
| Monthly Commitment: | $3,000 |
| Term: | 12 months |
| Total Contract Commitment: | $36,000 |
| Payment Terms: | Auto-Pay by ACH |
| Professional Services (onboarding fees): | Waived |

*Services are charged on a per-usage basis. Usage that exceeds your minimum Monthly Commitment will be charged based on the Unit Cost listed for each service on the pricing details page.*

## Your Account Plan:   Professional

| PROFESSIONAL PLAN | ENTERPRISE PLAN |
|---|---|
| Initial Implementation & Onboarding | Initial Implementation & Onboarding |
| Expedited Support | First Priority Support |
| Dedicated Client Success Manager | Dedicated Client Success Manager |
| Biannual Business Review | Quarterly Business Review |
| | Unlimited Professional Services |
| | Annual Onsite Meeting |
| | Annual Risk Assessment (if required) |
| | Project Management |
| | Vendor Management |
| | Strategic Consulting |

To learn more about our account plans, visit: activeprospect.com/account-plans

## Estimates

This is an overview of your estimated costs and included volume. A detailed breakdown of these estimates is provided on the subsequent cost estimates page. Per lead pricing varies based on the configuration of your lead flow and the various services used. You have the flexibility to change your flow configurations and services used at any time, resulting in a change in usage and associated cost.

| | |
|---|---|
| Cost per Cert | $.02/ cert |
| Estimated Monthly Lead Volume | 150,000 certs |
| Estimated Monthly Usage Cost | $3,000 |
| Avg. Monthly TrustedForm Storage Cost over Initial Term | $82.5 |
| **Estimated Monthly Total Cost** | **$3,082.50** |

ActiveProspect, Inc.  |  4203 Guadalupe St. Austin, TX 78751  |  ActiveProspect.com  |  888-642-4159



*Confidential. This document contains information of a sensitive nature to ActiveProspect and recipient. Distribution of this information is strictly limited to these parties only.*

Doc ID: f831f6850d71bc366ef328e349a8c1ae7016cdbc

PRODUCT OVERVIEW  |  TOTAL MARKETING CONCEPTS

## Products

At ActiveProspect, we're perfecting lead acquisition via three powerful and innovative products that are built to work together. The result for you? Unmatched lead acquisition success.

### LeadConduit

**PRICING MODEL:
TRANSACTION FEE**

LeadConduit is a real-time data integration platform that enables you to filter, enhance and deliver leads to any system. Build complex lead flows using any data enhancement or verification service. Make real-time decisions on your leads with rules-based logic and reject any leads in real-time that don't meet your criteria. LeadConduit integrates with all lead vendors and delivers the qualified leads to any system.

    

*Capture*  *Filter*  *Enhance*  *Deliver*  *Report*

### TrustedForm

**PRICING MODEL:
CLAIM FEE + STORAGE**

The original lead certification service that independently verifies the origin of internet leads. TrustedForm is the highest standard of proof of consent for regulations like TCPA and CASL. TrustedForm captures important information about when, where and how a consumer submitted a web form, including a video replay of how they interacted with the page. TrustedForm certificates are directly accessible and easily shared with third parties. Mitigate compliance risk with TrustedForm.

   

*Legal Protection*  *Fraud Protection*  *Brand Protection*  *Intelligence Data*

### SuppressionList

**PRICING MODEL:
QUERY FEE + STORAGE**

SuppressionList is a powerfully simple tool for checking your leads against any list, including current customers, lapsed customers, opt-outs and any other list you can think of. Our lightning-fast API allows you to check your lead in real time and respond instantly. Lists can be shared with partners and updated automatically via API.

  

*Unlimited Lists*  *Real-time Checks*  *Fast API*

ActiveProspect, Inc.  |  4203 Guadalupe St. Austin, TX 78751  |  ActiveProspect.com  |  888-642-4159

*Confidential. This document contains information of a sensitive nature to ActiveProspect and recipient. Distribution of this information is strictly limited to these parties only.*

Doc ID: f831f6850d71bc366ef328e349a8c1ae7016cdbc

**PRICING DETAILS | TOTAL MARKETING CONCEPTS**

## ActiveProspect Service Pricing

| PRODUCT | UNIT COST | INCLUDED VOLUME | SUBSCRIPTION* |
|---|---|---|---|
| TrustedForm Claim | $.02/claim | 150,000 | $3,000.00 |
| TrustedForm Storage | $.0001/cert/month | | |
| Professional Services | $200/hr | | |
| | | Total Subscriptions: | $3,000.00 |

*Subscriptions represent pre-paid units and are billed in advance at the beginning of the month. The number of units included with the Subscription are defined in the Included Volume column. Any overages are billed at the Unit Cost and included in the following month's invoice. For additional information about our pricing go to https://activeprospect.com/pricing/

## Estimated Monthly Storage Costs: TrustedForm

| | |
|---|---|
| Storage fees | $.0001/cert |
| Number of certs claimed per month | 150,000 |
| Storage period | 60 months |
| Avg. monthly certs stored over storage period | 4,575,000 |
| Avg. monthly storage costs over storage period | $442.50 |
| Avg. monthly certs stored over Initial Term | 975,000 |
| Avg. monthly storage cost over Initial Term | $82.50 |

ActiveProspect, Inc. | 4203 Guadalupe St. Austin, TX 78751 | ActiveProspect.com | 888-642-4159



*Confidential. This document contains information of a sensitive nature to ActiveProspect and recipient. Distribution of this information is strictly limited to these parties only.*

Doc ID: f831f6850d71bc366ef328e349a8c1ae7016cdbc

# ORDER FORM   |   *Please complete all items*

## Customer Information

**Company Name**
Total Marketing Concepts

**Company Website**
www.thetmcteam.com

**Physical Address**
4395 St Johns Pkwy

**City:** Sanford
**State:** FL
**Zip:** 32771

**Email(s) for invoices:**
kate.gamlin@thetmcteam.com

I agree to purchase ActiveProspect Services as defined in the attached Service Proposal (the "Agreement") with the following Service Commencement (billing start) Date: **06/01/2019**

I agree to pay the Total Contract Commitment for the Term. I may cancel the ActiveProspect Services upon written notice to ActiveProspect and upon payment of all unpaid fees for the Term. I understand that this Agreement will automatically renew for successive __12__ month periods ("Renewal Terms") at the same rates unless cancelled by either party with 30 days written notice prior to the end of the current Term or Renewal Term, as applicable. I understand that if I cancel after the 30-day written notice period during a Renewal Term, payment must be made for all unpaid fees for the subsequent Renewal Term.

I, the undersigned, am an authorized representative of the above named Company and have authority to bind the Company. On behalf of the Company, I represent that I have read and agree to the ActiveProspect, Inc. Terms of Service ("TOS") available at http://activeprospect.com/legal/tos. The TOS are incorporated as part of this Order Form. The terms set forth in this Order Form shall govern in the event of any conflict with the terms set forth in the TOS.

### Customer

**Signature:** *(signed)*

**Print Name:** andrew dorko

**Title:** ceo

**Date:** 05/13/2019

### ActiveProspect, Inc.

**Signature:** *Jessica Hamilton*

**Print Name:** Jessica D Hamilton

**Title:** CFO

**Date:** 05/13/2019

ActiveProspect, Inc.  |  4203 Guadalupe St. Austin, TX 78751  |  ActiveProspect.com  |  888-642-4159

Confidential. This document contains information of a sensitive nature to ActiveProspect and recipient. Distribution of this information is strictly limited to these parties only.



 Audit Trail

| | |
|---|---|
| **TITLE** | Total Marketing Concepts/ ActiveProspect Agreement |
| **FILE NAME** | Total Marketing C...ement (1) (1).pdf |
| **DOCUMENT ID** | f831f6850d71bc366ef328e349a8c1ae7016cdbc |
| **STATUS** | ● Completed |

## Document History

**E-SIGN DISCLOSURE ACCEPTED**  **02/28/2019**  20:30:33 UTC
Electronic record and signature disclosure accepted by Jessica Hamilton (jessica.hamilton@activeprospect.com)
IP: 76.210.191.62
GUID: 5a307dc2173b5db2e81b895b1ad62fb3767846c1

**SENT**  **05/13/2019**  18:29:01 UTC
Sent for signature to George Lonabaugh (george@thetmcteam.com) and Jessica Hamilton (jessica.hamilton@activeprospect.com) from randy@activeprospect.com
IP: 73.221.53.17

**VIEWED**  **05/13/2019**  18:29:36 UTC
Viewed by George Lonabaugh (george@thetmcteam.com)
IP: 71.16.185.162

**E-SIGN DISCLOSURE ACCEPTED**  **05/13/2019**  18:29:44 UTC
Electronic record and signature disclosure accepted by (george@thetmcteam.com)
IP: 71.16.185.162
GUID: 8ab0822f48fd18699a85a928c7d2c9927504c995

**SIGNED**  **05/13/2019**  18:38:53 UTC
Signed by George Lonabaugh (george@thetmcteam.com)
IP: 71.16.185.162


Audit Trail

| | |
|---|---|
| **TITLE** | Total Marketing Concepts/ ActiveProspect Agreement |
| **FILE NAME** | Total Marketing C...ement (1) (1).pdf |
| **DOCUMENT ID** | f831f6850d71bc366ef328e349a8c1ae7016cdbc |
| **STATUS** | ● Completed |

## Document History

**VIEWED**  **05/13/2019**  Viewed by Jessica Hamilton
23:32:58 UTC  (jessica.hamilton@activeprospect.com)
IP: 76.210.191.62

**SIGNED**  **05/13/2019**  Signed by Jessica Hamilton
23:33:41 UTC  (jessica.hamilton@activeprospect.com)
IP: 76.210.191.62

**COMPLETED**  **05/13/2019**  The document has been completed.
23:33:41 UTC