# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Matthew Dickson,** | } | |
| | } | **JUDGE JOHN R. ADAMS** |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | NO.  5:18CV182 |
| | } | |
| **Direct Energy, LP** | } | |
| | } | **N O T I C E** |
| | } | |
| Defendant(s) | } | |

TAKE NOTICE that the above-entitled case has been scheduled for a TELEPHONE CONFERENCE on September 24, 2020 at 2:00 p.m.  Only counsel is required to participate. Plaintiff shall provide the parties and the court will a conference call-in number on or before September 23, 2020.

**DATE : September 16, 2020**                            **SANDY OPACICH**
                                                                                 **Clerk**


                                                         By      *s/Christin M. Kestner*
                                                                     **Courtroom Clerk to the**
                                                                     **Honorable John R. Adams**
                                                                     **(330) 252-6070**