# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : : : | Case No. 5:18-cv-182-JRA |
| | : | Judge Adams |
| Plaintiff, | : : | Magistrate Judge Henderson |
| v. | : : | |
| DIRECT ENERGY, LP, et al., | : : | |
| Defendants. | : | |

## AGREED MOTION FOR EXTENSION OF TIME

Plaintiff Matthew Dickson respectfully moves this Court for a 30-day extension of time, until January 15, 2021, to file a memorandum in opposition to Defendant Direct Energy's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 126), otherwise due on December 16, 2020. Due to Plaintiff's counsel's professional and personal schedules and commitments to other cases, as well as the impending holidays, Plaintiff requires additional time to prepare the appropriate response. Counsel for Defendant Direct Energy has been contacted regarding this request and has indicated they agree to the requested extension.

Accordingly, Plaintiff requests that the deadline for filing his memorandum in opposition be extended up to and including January 15, 2021. A proposed order is attached hereto.

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (0070654)
Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
       misny@mmmb.com

Edward A. Broderick (admitted *pro hac vice*)
Broderick Law P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 617.738.7080
Facsimile: 617.830.0327
E-mail: ted@broderick-law.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

Matthew P. McCue (admitted *pro hac vice*)
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
E-mail: mmccue@massattorneys.net

Samuel J. Strauss (admitted *pro hac vice*)
Turke & Strauss LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: 608.237.1774
Facsimile: 608.509.4423
E-mail: sam@turkestrauss.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

                                                **/s/ Brian K. Murphy**
                                                Brian K. Murphy