# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : : : | Case No. 5:18-cv-182-JRA |
| | : | Judge Adams |
| Plaintiff, | : : | Magistrate Judge Henderson |
| v. | : : : | |
| DIRECT ENERGY, LP, et al., | : : | |
| Defendants. | : | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

This matter comes before the Court upon Plaintiff Matthew Dickson's Agreed Motion for Extension of Time (the "Motion"). For the reasons stated in the Motion, and for other good cause shown, the Court finds the Motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's deadline for filing a memorandum in opposition to Defendant Direct Energy's Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby extended up to and including January 15, 2021.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE