IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF OHIO

| | |
|---|---|
| **MATTHEW DICKSON, on behalf of** § | |
| **himself and others similarly situated,** § | |
| § | |
| Plaintiff, § | |
| v. § | C.A. NO. 5:18-cv-182 |
| § | |
| **DIRECT ENERGY, LP,** § | |
| § | |
| Defendant. § | |

### DIRECT ENERGY, LP'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of <u>Direct Energy LP</u>

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? <u> X </u> Yes <u>   </u> No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    Direct Energy, LP is a limited partnership that is a wholly owned subsidiary of Direct Energy Marketing, Inc., which is a wholly owned subsidiary of Centrica US Holdings, Inc. Each of these entities is privately held. In turn, Centrica US Holdings, Inc. is a wholly owned subsidiary of NRG Energy, Inc., which is publicly traded on the New York Stock Exchange.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? <u> X </u> Yes <u>   </u> No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

NRG Energy, Inc., parent company.

_____
Michael D. Matthews, Jr.                    Dated:  April 22, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on April 22, 2021 via CM/ECF on all counsel of record.

/s/ Michael D. Matthews, Jr.
Michael D. Matthews, Jr.