### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : : : | Case No. 5:18-cv-182-JRA |
| | : | Judge Adams |
| Plaintiff, | : : | Magistrate Judge Henderson |
| v. | : : | |
| DIRECT ENERGY, LP, et al., | : : | |
| Defendants. | : | |

### ORDER LIFTING STAY AND REINSTATING MOTIONS TO ACTIVE DOCKET

This matter comes before the Court upon Plaintiff Matthew Dickson and Defendant Direct Energy, LP's Joint Motion to Lift Stay and Reinstate Motions to Active Docket (the "Motion"). For the reasons stated in the Motion, and for other good cause shown, the Court finds the Motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the stay of proceedings issued on January 15, 2021 is hereby lifted, and the following motions and related responses and replies are hereby renewed and reinstated to the active docket:

- Plaintiff's Motion for Class Certification (Doc. 107)

- Direct Energy's Response in Opposition to Motion for Class Certification (Doc. 111)

- Silverman's Response in Opposition to Motion for Class Certification (Doc. 112)

- Plaintiff's Reply to Direct Energy's Opposition to Motion for Class Certification (Doc. 116)

- Plaintiff's Reply to Silverman's Opposition to Motion for Class Certification (Doc. 117)

- Direct Energy's Motion for Leave to File Surreply in Further Opposition to Motion for Class Certification (Doc. 118)

- Plaintiff's Opposition to Direct Energy's Motion for Leave to File Surreply (Doc. 120)

- Direct Energy's Motion to Dismiss for Lack of Standing (Doc. 123) and Exhibit 1 thereto (Doc. 124)

- Plaintiff's Opposition to Direct Energy's Motion to Dismiss (Doc. 125)

- Direct Energy's Reply in Support of Motion to Dismiss (Doc. 129)

- Direct Energy's Notice of Supplemental Authority (Doc. 131)

The Parties may file supplemental briefing by November 29, 2021, any responses thereto by January 7, 2022, and any replies by January 18, 2022.

    IT IS SO ORDERED.

                                              UNITED STATES DISTRICT JUDGE