UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Matthew Dickson, | ) | |
| | ) | CASE NO. 5:18CV182 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF REFERENCE |
| | ) | |
| Direct Energy LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the parties' joint motion to lift the stay in this matter and reinstate certain previously filed motions. Doc. 135. The motion to lift the stay in this matter is GRANTED.

The Court will also now entertain the previously denied motions (Docs. 107, 118, 123, 126). However, to facilitate a timely review of those motions, the parties are instructed to re-file them with current filing dates. The parties need not re-file any previously filed oppositions or replies.

The parties' proposed scheduled for supplemental briefs, responses, and replies is hereby adopted.

The Court's general referral of this matter to Magistrate Judge Henderson remains in effect.

IT IS SO ORDERED.

| | |
|---|---|
|  December 13, 2021 |   /s/ John R. Adams |
| Date | John R. Adams |
| | U.S. District Judge |