# EXHIBIT 1-A

| | |
|---|---|
| **From:** | Jessica Hamilton |
| **To:** | William Thomas |
| **Subject:** | Re: FW: Matthew Dickson v. Direct Energy LP, et al |
| **Date:** | Thursday, June 25, 2020 11:48:25 AM |
| **Attachments:** | image001.png |

Confirmed.

**Jessica D. Hamilton** | *CFO*

**p.** 512.270.6679
**e.** jessica@activeprospect.com
**w.** www.activeprospect.com
**a.** 4203 Guadalupe St, Austin, TX 78751



On Thu, Jun 25, 2020 at 11:33 AM William Thomas <william.thomas@mhllp.com> wrote:

> Ms. Hamilton,
>
> I'm following up in response to a subpoena issued to Active Prospect and your response below. I left you a message a couple of days ago. I want to confirm that Active Prospect does not have any other responsive documents, including TrustedForm Certificates discussed in response 4. My understanding is that those certificates were deleted. Is that accurate?
>
> Will
>
> **William B. Thomas**
> Partner
>
> 
>
> 1001 Fannin, Suite 2700
>
> Houston, TX 77002
>
> P: 713-333-5888 C: 281-460-5823
>
> www.mhllp.com
> **CONFIDENTIALITY NOTICE**
>
> The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>
> **Sent:** Wednesday, November 20, 2019 1:06 PM
> **To:** Oliker, Ashley L. <aoliker@fbtlaw.com>; fcarson@fbtlaw.com; Neil D. Schor

<nschor@hhmlaw.com>; Matt Matthews <matt.matthews@mhllp.com>; William Thomas <william.thomas@mhllp.com>; Yardley, Thomas P. <tyardley@rsplaw.com>; Jonathan Misny <misny@mmmb.com>; Brian Murphy <murphy@mmmb.com>; Edward Broderick <ted@broderick-law.com>; Matthew P. McCue <mmccue@massattorneys.net>; Sam Strauss <sam@turkestrauss.com>
**Subject:** FW: Matthew Dickson v. Direct Energy LP, et al

Counsel:

Please see the below (and attached) subpoena response from Active Prospect.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Jessica Hamilton <jessica.hamilton@activeprospect.com>
**Sent:** Wednesday, November 20, 2019 12:43 PM
**To:** anthony@paronichlaw.com
**Subject:** Re: Matthew Dickson v. Direct Energy LP, et al

Anthony,

Attached please find the requested documents for Matthew Dickson v. Direct Energy LP, et al. All contracts, correspondence, invoices, and any other documentation found related to the Plaintiff and Defendant are being provided.

Notes on request list:

Request No. 4: Not applicable. TrustedForm certificates are only stored for customers with a TrustedForm Account. Total Marketing Concepts does not have a TrustedForm Account (they haven't paid us anything since 2018, and which time their account was deleted). See our End User License Agreement and Terms of Service for details. https://activeprospect.com/trustedform-eula/, https://activeprospect.com/terms-of-service/.

Request No. 5: Not applicable. We did not find the plaintiff's name in any of our

databases or files.

Please let me know if you have any questions or need any additional information.

[Feb17 Invoice.pdf]

[Jan17 Invoice.pdf]

[Mar17 Invoice.pdf]

[Apr17 Invoice.pdf]

[May17 Invoice.pdf]

[Jun17 Invoice.pdf]

[July17 Invoice.pdf]

[Aug17 Invoice.pdf]

[Nov17 Invoice.pdf]

[Oct17 Invoice.pdf]

[Sept17 Invoice.pdf]

[Dec17 Invoice.pdf]

[Jan18 Invoice.pdf]

[Feb18 Invoice.pdf]

[Jun19 Invoice.pdf]

[July19 Invoice.pdf]

[Aug19 Invoice.pdf]

**Jessica D. Hamilton** | *CFO*

p. 512.270.6679

**e.** jessica@activeprospect.com

**w.** www.activeprospect.com

**a.** 4203 Guadalupe St, Austin, TX 78751

