IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, § § § | |
| Plaintiff, § | |
| v. § | C.A. NO. 5:18-cv-182 |
| § | |
| DIRECT ENERGY, LP, TOTAL MARKETING CONCEPTS, LLC, and SILVERMAN ENTERPRISES, LLC § § § § | |
| Defendants. § | |

## ORDER

On this day, the Court considered Defendant Direct Energy, LP's Unopposed Motion for Leave to file a Surreply in further Opposition to Plaintiff's Motion for Class Certification (the "Motion"). For good cause shown, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED:

Defendant Direct Energy, LP's Motion is GRANTED.

IT IS FURTHER ORDERED:

That the Clerk of the Court enter the document attached as Exhibit A to Direct Energy's Motion as Direct Energy's Surreply in further Opposition to Plaintiff's Motion for Class Certification and enter the documents attached as Exhibit 1 and Exhibit 1-A as exhibits to the Surreply.

ORDERED on this _____ day of _____, 2020.

_____
Judge John R. Adams
United States District Judge