# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | Case No. 5:18-cv-182-JRA |
| | Judge Adams |
| Plaintiff, | Magistrate Judge Henderson |
| v. | |
| DIRECT ENERGY, LP, et al., | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Ten minutes before filing its Reply in Support of Motion for Class Certification, Direct Energy made a new production of nearly 2,000 pages of documents. None of those documents demonstrate that a single class member consented to be called, but nonetheless, Direct Energy argues for the first time in its reply in support of its own supplemental brief opposing class certification that those 2,000 documents preclude class certification. Despite the fact that Direct Energy has long possessed these documents, in its previous three briefs (including a sur-reply it has yet to be granted leave to file) opposing class certification, Direct Energy made no mention of them. But now, Direct Energy asserts that they render class certification impossible. Plaintiff is mindful of not creating unnecessary work for the Court, but in fairness, Plaintiff should be allowed to address this newly produced evidence and Direct Energy's highly misleading assertions that it has anything to do with the RVM campaign at issue or suggests in any way that a single class member consented to be called.

Plaintiff therefore requests leave to file a brief sur-reply for the limited purpose of addressing Direct Energy's new argument that its new production of documents precludes class certification. Plaintiff will not address Direct Energy's other arguments, which he has already

fully addressed in his other briefs in support of class certification. Plaintiff's proposed sur-reply is attached hereto as Exhibit 1.

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (0070654)
Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
       misny@mmmb.com

Edward A. Broderick (admitted *pro hac vice*)
Broderick Law P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 617.738.7080
Facsimile: 617.830.0327
E-mail: ted@broderick-law.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

Matthew P. McCue (admitted *pro hac vice*)
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
E-mail: mmccue@massattorneys.net

Samuel J. Strauss (admitted *pro hac vice*)
Turke & Strauss LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: 608.237.1774
Facsimile: 608.509.4423
E-mail: sam@turkestrauss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

**/s/ Brian K. Murphy**
Brian K. Murphy