# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : : : | Case No. 5:18-cv-182-JRA |
| | : | Judge Adams |
| Plaintiff, | : : | Magistrate Judge Henderson |
| v. | : : | |
| DIRECT ENERGY, LP, et al., | : : | |
| Defendants. | : | |

### DECLARATION OF BRIAN K. MURPHY

Brian K. Murphy declares under penalty of perjury as follows:

1. I am one of the attorneys representing Plaintiff Matthew Dickson in the above-cited case and have personal knowledge of all facts set forth herein and declare the following to be true and accurate under the penalty of perjury.

2. I offer this declaration in support of Sur-Reply to Direct Energy's Reply in Support of Supplemental Memorandum in Opposition to Class Certification.

3. Attached hereto as Exhibit 1 is a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063633-34.

4. Attached hereto as Exhibit 2 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063631-32.

5. Attached hereto as Exhibit 3 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063628.

6. Attached hereto as Exhibit 4 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063629-30.

7. Attached hereto as Exhibit 5 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063635-36.

8. Attached hereto as Exhibit 6 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063575-77.

9. Attached hereto as Exhibit 7 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063572.

10. Attached hereto as Exhibit 8 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063573-74.

11. Attached hereto as Exhibit 9 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063713-28.

12. Attached hereto as Exhibit 10 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063659.

13.     Attached hereto as Exhibit 11 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC-Dickson_00063605-08.

14.     Attached hereto as Exhibit 12 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063705-07.

15.     Attached hereto as Exhibit 13 is a redacted version of a true and accurate copy of an email thread produced in discovery by Defendant Direct Energy in this matter as TMC_Dickson_00063708-11.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2022 in Franklin County, Ohio.

/s/ **Brian K. Murphy**
Brian K. Murphy