# EXHIBIT 4

**From:** Tyson Chavarie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TOTALMARKETING.ONMICROSOFT.COM-54191-TYSON@THETMCTEAM.COM1E0]
**Sent:** 8/16/2012 10:03:42 PM
**To:** Tyson Kenny [tyson.kenny@thetmcteam.com]; Mami Li [mami.li@thetmcteam.com]; Chris Thompson [chris.thompson@thetmcteam.com]
**Subject:** FW: Please add to DNC
**Importance:** High

---

**From:** Matt Leszczynski [mailto:MattL@dmipartners.com]
**Sent:** Tuesday, August 14, 2012 4:47 PM
**To:** Brianna Kelly; Brian Mckenna; Matthew Cherner-Ranft
**Subject:** Please add to DNC
**Importance:** High

Please add to your DNC list:

██████4117
██████1503
██████0995
██████9252
██████1620
██████6262
██████7232
██████8317
██████4287
██████7458
██████6828
██████0158
██████5760
██████7101
██████2531
██████5181
██████2743
██████4826
██████5245
██████4870
██████3824
██████4151
██████9422
██████7554
██████1177
██████0441
██████2121
██████4488
██████7717
██████6248
██████9805
██████4317
██████6520

CONFIDENTIAL



████ 6067
████ 3631
████ 9022
████ 9817
████ 2164
████ 7177
████ 5250
████ 7177
████ 1400
████ 8777
████ 5529
████ 1893
████ 5275
████ 9134
████ 3416
████ 1341
████ 8873
████ 1119
████ 4060
████ 3737
████ 6975

Thanks!

Matthew Leszczynski
MattL@dmipartners.com
215-717-9050 (p) | 215-279-9893 (f)



www.dmipartners.com
www.cpacafe.net
800.947.3148

This message and any attachments may contain non-public, confidential or privileged information and is only for the use of the intended recipient(s). If you are not the intended recipient(s), please immediately notify DMi Partners, Inc. by telephone at 800.947.3148, and notify the sender by return email, deleting or destroying this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful. Please note: In the event that this message involves contract negotiations, neither party shall be legally bound to the other in the absence of definitive transaction document(s) being executed and delivered by all the parties hereto. Warning: Although reasonable precautions were taken to ensure no viruses are present in this email, DMi Partners, Inc. cannot accept responsibility for any losses or damages arising from the use of this email or any attached files. Check your e-mail security settings to determine how attachments are handled. For more information about DMi Partners, Inc., visit our web site at www.dmipartners.com.