# EXHIBIT 6

**From:** George Lonabaugh [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TOTALMARKETING.ONMICROSOFT.COM-54191-GEORGE@THETMCTEAM.COM1E4]
**Sent:** 8/28/2012 12:32:14 PM
**To:** Brian Horner [brian.horner@thetmcteam.com]; Robert Svendsen [robert.svendsen@thetmcteam.com]
**Subject:** FW: NEW DMI REJECT SALES WITH NOTES

---

**From:** Latanya Porter
**Sent:** Monday, August 27, 2012 9:54 PM
**To:** Amber Handy; April Kelly; Angela Preston; Jorge Martin
**Cc:** Client Services; David Graham; George Lonabaugh
**Subject:** NEW DMI REJECT SALES WITH NOTES


**REJECTS:**

BTN: 4794
AGENT: Jennifer Parsons 7735
APPS: 2
STATUS: Reject
NOTES: Changed address, phone number, email based off what customer states.
(4.24) Customer states she doesn't want to take anything online she wants to go to a school-2 online courses Agent has 2 schools selected that she didn't speak to customer about.
(9.52) The 1 school that agent talks to customer about and customer says Yes to is not selected on screen.

BTN: 6618
AGENT: Lee Pierce 3393
APPS: 2
STATUS: Reject
NOTES: (5.00) Agent ask customer "what about psychology" Customer says can i ask you what that is. Agent responds "It's the study of the mind and it goes into therapy"-Forbidden term: Program details other than school name, online or campus, location of campus, degree type, name of program.

BTN: 5207
AGENT: Nicolas Palladino 1771
APPS: 2
STATUS: Reject
NOTES: Call cuts off while the agent is getting the address from the customer. No schools discussed.

BTN: 0804
AGENT: Kara Connelly 5400
APPS: 2
STATUS: Reject
NOTES: (.20) Customer says "No she's 50 years old" to question # 4-Was prospect interested in continuing their education or did the agent use an approved rebuttal and the prospect was interested. Agent responds with "Anyone can study at any age what we do is match you up with 3 schools that interest you and have the advisers call you back on each one and you actually have up to 6 months to enroll would you like to see what we have for you" Customer says I'll listen sure.

BTN 5635
Agent: Jennifer Parsons-7735
Apps: 1/RPCB
Notes: 1:00 original prospect is not home and agent asks the person who answers the phone are they interested and

they state no. Agent states well I can help you out is that ok and prospect again states no. 2:00 Agent asks when would prospect look to go to school and prospect answers design and agent thinks he states in January. Agent did not get clarification as to when prospect wanted to attend school. Agent failed question 10: Did the agent ask the prospect if they wanted to enroll in school within the next 6 months or in what month they plan on enrolling or use an approved rebuttal and was the prospect interested in enrolling within the next six months? REJECT PER AMBER

BTN: 7492
Agent:Nicolas Palladino-1771
Apps:1/RPCB
Notes: 1:45 prospect states she does not have the internet and agent asks how soon does she think she would have the internet and prospect answers I don't know. Agent then asks prospect if she would have it in a couple of months before she started school and prospect answers it should be back on in a week maybe. Agent did not respond with proper rebuttal. REJECT PER AMBER

BTN: 0707
Agent:Ricky Ponce-1012
Apps:3/RPCB
Notes:Agent failed question 7:"Did agent ask:If the prospect was currently enrolled in school?If the prospect is in the process of enrolling in school?Has already decided on a specific school to attend?"

BTN: 9334
Agent:Kara Connelly-5400
Apps:1/RDNCB
Notes: 00:45 prospect states she is currently in a government funded program called one-stop that assists with her getting into a University for the medical field. 1:41 agent asks prospect in what month does she plan on enrolling and prospect responds maybe within the next 3-6 months but she's in this program and she isn't sure.5:45 agent asks prospect if she wants to hear about massage therapy and prospect states she wants to go for PPT. Agent states this school is offered in the area and she can just hear about this course and still pick 2 more courses. 6:05 agent asks prospect would she just like to hear about the program to see if she likes it and prospect states sure. REJECT PER AMBER

BTN: 9219
Agent:Lev Treybich-3861
Apps:3/RPCB
Notes:5:33 prospect states his email is ▓▓▓▓▓.com which is not a valid type of email address. 7:34 agent sets prospect with Strayer University which is 93.3 miles away from prospect. REJECT PER AMBER

BTN: 2612
Agent:Lee Pierce-3393
Apps:1/RPCB
Notes:6:15 prospect states she does not think she can go to a campus school because she has 2 small children to look after with no transportation and her husband works in Wyoming. Agent replies  know you have small children but the school is only 8 miles away from her. Prospect states "actually my only transportation around town is the city bus". Agent replies ok, you would still like to receive a call from the University correct and prospect states yes. REJECT PER AMBER

BTN 1163
Agent:Jennifer PArsons-7735
Apps:3/RPCB
Notes: Prospect has a hard time agreeing with agent on the start time for school. He states he doesn't want to go to school for a degree but he wants to go to school but he isn't ready. 2:12 agent states the start time for prospect to be February and prospect states it's a possibility. Agent asks if prospect wants her to put February and prospect states "I'll try for February". 2:27 agent asks if prospect has the internet and prospect states no. 3:07 agent asks when would prospect have it and prospect states I hope by 6 months and agent asks him specifically what month will he have high-speed internet. Agent does not give proper rebuttal for internet and assigns prospect to 2 online schools. 6:51 agent offers a school for prospect and he states to let's wait a while before he makes a decision. 9:23 prospect again states he's unsure about a school contacting him. REJECT PER AMBER

BTN: 1493

AGENT: Kara Connelly 5400
APPS: 1
STATUS: Reject per Amber
NOTES:(.45) Customer says he's been looking at one school. Agent replies "as long as you haven't made you final decision i can actually find 3 colleges if your interested in the do you want to proceed" Customer says Sure.
(3.37) Agent says "Were you planning on getting a computer before school starts?"
(7.50) Customer states he's looking at and talking to a school right now.

CONFIDENTIAL