# EXHIBIT 7

| | |
|---|---|
| **From**: | Brianna Kelly [BriannaK@dmipartners.com] |
| **Sent**: | 6/26/2012 2:22:26 PM |
| **To**: | April Kelly [april.kelly@thetmcteam.com]; Barry Weiss [BarryW@dmipartners.com] |
| **CC**: | Client Services [cs@thetmcteam.com]; David Graham [david@thetmcteam.com]; George Lonabaugh [george@thetmcteam.com] |
| **Subject**: | RE: TMC - Kicked Call Report for 6/25/2012 |

If it was after the 4 hour window then they already went to the schools. We can't retract them after they have been submitted, so please make sure you review these with the agents so they aren't repeat offenders.

Thanks,
Brie

**From:** April Kelly [mailto:april.kelly@thetmcteam.com]
**Sent:** Tuesday, June 26, 2012 10:13 AM
**To:** Barry Weiss; Brianna Kelly
**Cc:** Client Services; David Graham; George Lonabaugh
**Subject:** TMC - Kicked Call Report for 6/25/2012

Please see the four number listed below that need to be rejected on DMI side. These were rejected after the 4 hour window. The reasons for the rejection is listed on the report.

████6321
████5187
████8114
████6591

Please let me know if you have any questions.

Thanks,

April Kelly

This message and any attachments may contain non-public, confidential or privileged information and is only for the use of the intended recipient(s). If you are not the intended recipient(s), please immediately notify DMi Partners, Inc. by telephone at 800.947.3148, and notify the sender by return email, deleting or destroying this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful. Please note: In the event that this message involves contract negotiations, neither party shall be legally bound to the other in the absence of definitive transaction document(s) being executed and delivered by all the parties hereto. Warning: Although reasonable precautions were taken to ensure no viruses are present in this email, DMi Partners, Inc. cannot accept responsibility for any losses or damages arising from the use of this email or any attached files. Check your e-mail security settings to determine how attachments are handled. For more information about DMi Partners, Inc., visit our web site at www.dmipartners.com.