# EXHIBIT 9

| | |
|---|---|
| From: | Courtney Webb (ActiveProspect) [support@activeprospect.zendesk.com] |
| Sent: | 4/14/2017 6:41:11 PM |
| To: | Joe Yates [joe.yates@thetmcteam.com] |
| Subject: | [ActiveProspect] Re: DMi - TMC TrustedForm Issue |

##- Please type your reply above this line -##

Your request (#12420) has been updated. Reply to this email or click the link below:
http://support.activeprospect.com/hc/requests/12420

**Courtney Webb** (ActiveProspect)

Apr 14, 1:41 PM CDT

Hi Joe,

That was the issue. I updated the endpoint for you and resubmitted a lead that successfully was delivered. Please confirm that you received:

█████ ████-███████████.com-██████9727

Charles,

Some of your leads are coming in correctly, others are not. We are looking into it.

--Courtney

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

CONFIDENTIAL

**Joe Yates**

Apr 14, 12:36 PM CDT

Is the right endpoint being used?

http://69.28.72.94:8099/api.php


**Charlie O'Connor**

Apr 14, 12:32 PM CDT

Yes, can you please take a look? I cannot determine why the trusted form cert would be coming through twice.

_____

Charlie O'Connor
Senior Account Manager

charlieo@dmipartners.com
215-279-9852 (p) | 215-279-9853 (f) | dmicharlie (AIM)

www.dmipartners.com (http://www.dmipartners.com/)
800.947.3148

_____

download my vcard (http://www.dmipartners.com/vcfs/Charlie%20OConnor.vcf)

Attachment(s)
image001.gif
image003.gif
image004.png

**Courtney Webb** (ActiveProspect)

Apr 14, 12:15 PM CDT

Joe,

While Charlie is checking things up on their end, I wanted to inform you that the POST to your system is timing out. If you look in LeadConduit, you guys set it up at "Lead Import API."

Could you please look into this further. Thanks

--Courtney

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

**Courtney Webb** (ActiveProspect)

Apr 14, 11:55 AM CDT

Charlie,

If you need assistance from our support team on this, please let me know and I will have them look into your account.

--Courtney

CONFIDENTIAL

TMC_Dickson_00063715

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

**Courtney Webb** (ActiveProspect)

Apr 14, 11:31 AM CDT

Charlie,

I do see the new fields coming in.
However it looks like you are sending the TrustedForm field twice, one of them is blank and one of them comes populated. This is causing the leads to fail.

EX: trustedform_cert_url=&trustedform_cert_url=https://cert.trustedform.com/18fa9cb5f00defebba104b9bace8fbfc35349317

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

**Charlie O'Connor**

Apr 14, 11:17 AM CDT

I have adjusted the mapping. Please let me know if this works now.

-----------------------------------

Charlie O'Connor
Senior Account Manager

charlieo@dmipartners.com
215-279-9852 (p) | 215-279-9853 (f) | dmicharlie (AIM)

www.dmipartners.com (http://www.dmipartners.com/)
800.947.3148

_____

download my vcard (http://www.dmipartners.com/vcfs/Charlie%20OConnor.vcf)

Attachment(s)
image001.gif
image003.gif
image004.png

---

**Courtney Webb** (ActiveProspect)

Apr 14, 11:09 AM CDT

Not all of that information is making it to the TMC campaign. Perhaps you need to adjust your outbound mappings for them.

Here is what they received from that same consumer:



Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

## Charlie O'Connor

Apr 14, 11:06 AM CDT

All of these leads are receiving successful responses in Lead Conduit, and contain all of the necessary information on our side.

Example:

------------------------------------

Charlie O'Connor
Senior Account Manager

charlieo@dmipartners.com
215-279-9852 (p) | 215-279-9853 (f) | dmicharlie (AIM)

www.dmipartners.com (http://www.dmipartners.com/)
800.947.3148

------------------------------------

download my vcard (http://www.dmipartners.com/vcfs/Charlie%20OConnor.vcf)

Attachment(s)
image001.png
image002.gif
image004.gif
image005.png

## Joe Yates

Apr 14, 11:05 AM CDT

Yes, these 5 are what we need. I'm adding Jordan into this chain if we can be of any assistance.

## Courtney Webb (ActiveProspect)

Apr 14, 11:00 AM CDT

All leads are failing:



They will continue to fail since it only came with 3 of the 5 fields required. Also, you should be sending a TrustedForm cert URL with that lead, and it did not come with one.

Joe, could you assist with DMI further to make adjustments on the LeadConduit end if needed. If you are wanting all 5 fields, plus the TrustedForm cert, could you please indicate that. This was your former set-up.

–Courtney

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

## Charlie O'Connor

Apr 14, 10:55 AM CDT

CONFIDENTIAL
TMC_Dickson_00063719

I am confused – which lead are you referring to? We have name, email, phone and postal code as required fields.

------------------------------------

Charlie O'Connor

Senior Account Manager

charlieo@dmipartners.com

215-279-9852 (p) | 215-279-9853 (f) | dmicharlie (AIM)

www.dmipartners.com (http://www.dmipartners.com/)

800.947.3148

------------------------------------

download my vcard (http://www.dmipartners.com/vcfs/Charlie%20OConnor.vcf)

Attachment(s)

image001.gif

image003.gif

image004.png

### Courtney Webb (ActiveProspect)

Apr 14, 10:47 AM CDT

Thanks for that Charlie. As noted in the posting specs, TMC requires 5 fields:

email

First name

Last name

Postal code

CONFIDENTIAL

TMC_Dickson_00063720

Phone 1

The lead you sent over failed since it only came with F name, L name, and email. Also note there was not a TrustedForm Url sent with the lead as well.

--Courtney

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

### Joe Yates

Apr 14, 10:43 AM CDT

Thanks guys!

### Charlie O'Connor

Apr 14, 10:41 AM CDT

I've changed the posting URLs in the flow. Thanks!

------------------------------------

Charlie O'Connor
Senior Account Manager

charlieo@dmipartners.com

CONFIDENTIAL

TMC_Dickson_00063721

215-279-9852 (p) | 215-279-9853 (f) | dmicharlie (AIM)

www.dmipartners.com (http://www.dmipartners.com/)
800.947.3148

------------------------------

download my vcard (http://www.dmipartners.com/vcfs/Charlie%20OConnor.vcf)

Attachment(s)
image001.gif
image003.gif
image004.png


**Marykathryn Briggs** (ActiveProspect)

Apr 14, 10:38 AM CDT

Hi Charlie,

**https://app.leadconduit.com/flows/56e074e32ca20ccb35ef5262/sources/56e073ae6cb723ce35182ae4/submit**

Yes, the URL above is your posting URL for the TMC lead flow, where they capture leads, claim the TF cert, and deliver to their own system.

Thanks!

Marykathryn Briggs
Director of Client Success marykathryn@activeprospect.com

---

Want to learn more? Visit our knowledge base!

https://support.activeprospect.com/hc/en-us

### Charlie O'Connor

Apr 14, 10:28 AM CDT

To be clear Marykathryn, you want us to replace this posting URL:

...with this one?

---

Charlie O'Connor
Senior Account Manager

charlieo@dmipartners.com
215-279-9852 (p) | 215-279-9853 (f) | dmicharlie (AIM)

www.dmipartners.com (http://www.dmipartners.com/)
800.947.3148

---

download my vcard (http://www.dmipartners.com/vcfs/Charlie%20OConnor.vcf)

Attachment(s)
image001.png
image002.png
image003.gif
image005.gif
image006.png

**Marykathryn Briggs** (ActiveProspect)

Apr 14, 10:02 AM CDT

Hi Charlie,

https://next.leadconduit.com/flows/56e074e32ca20ccb35ef5262/sources/56e073ae6cb723ce35182ae4/docs

Jumping in here, both of the lead flows that submit leads to TMC (Direct Energy US North campaign and the Direct Energy Texas campaign) currently post directly to TMC. You need to switch the outbound step in both of those flows to instead post to TMC's LeadConduit flow. The link above contains the posting URL you'll need to use to post to their LeadConduit flow. This will ensure the TrustedForm certificates are claimed and that leads are delivered to TMC.

Let us know if you have additional questions!
Thanks,

Marykathryn Briggs
Director of Client Success marykathryn@activeprospect.com

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us


**Courtney Webb** (ActiveProspect)

Apr 13, 3:42 PM CDT

Hi Charlie,

There isn't on my end of things. Im not sure what campaign has been running through us, or if it was both, there isn't a clear indication.

Making any changes to the campaign is up to the TMC team.

Joe, do you have any further insight here? If needed, you can add a new field to collect the type of lead it is, but again, that is up to you guys.

--Courtney

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

# Charlie O'Connor

Apr 13, 12:54 PM CDT

Courtney, we run two campaigns with TMC Team – a Direct Energy US North campaign and a Direct Energy Texas campaign. Are the posting instructions different for both?

--------------------------------

Charlie O'Connor
Senior Account Manager

charlieo@dmipartners.com
215-279-9852 (p) | 215-279-9853 (f) | dmicharlie (AIM)

www.dmipartners.com (http://www.dmipartners.com/)
800.947.3148

-------------------------------------

download my vcard (http://www.dmipartners.com/vcfs/Charlie%20OConnor.vcf)

Hi Courtney,

Thanks – I am looping Charlie in here to help complete this integration.

Thanks,
Zach

From: Courtney Webb (ActiveProspect) [mailto:support@activeprospect.zendesk.com]
Sent: Thursday, April 13, 2017 12:10 PM
Cc: Zach Labenberg; Joe Yates
Subject: [ActiveProspect] Update: DMi – TMC TrustedForm Issue

Attachment(s)
image001.gif
image003.gif
image004.png

## Zach

Apr 13, 12:29 PM CDT

Hi Courtney,

Thanks – I am looping Charlie in here to help complete this integration.

Thanks,
Zach

CONFIDENTIAL

TMC_Dickson_00063726

**Courtney Webb** (ActiveProspect)

Apr 13, 11:10 AM CDT

Hi Everyone,

There was a brief period where we had to shut off TMC's account on February 1st, and it was turned back on February 8th. In that time, DMI changed the location of where they were posting leads. This means TrustedForm was being skipped since our workflow handles that claim. All we need is for DMI to change back to posting to us. Here are your posting for DMI:

https://next.leadconduit.com/flows/56e074e32ca20ccb35ef5262/sources/56e073ae6cb723ce35182ae4/docs

Please let me know if you have any other questions.

-Courtney

---

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us

**Ryan Pombrio** (ActiveProspect)

Apr 13, 11:01 AM CDT

Team,

Looks like TMC is not receiving TrustedForm Certificates from DMI, even though DMI is collecting them. Can we assist to make sure Certs are getting passed?

Copying Joe from TMC as well, as he will know the field architecture for where to send that.

Thanks!

Regards,
Ryan Pombrio

---

Want to learn more? Visit our knowledge base!
https://support.activeprospect.com/hc/en-us


This email is a service from ActiveProspect.

CONFIDENTIAL

TMC_Dickson_00063728