# EXHIBIT 10

| | |
|---|---|
| From: | patrick carlson [patrick.carlson@briteboxllc.com] |
| Sent: | 8/1/2017 10:15:33 PM |
| To: | Jordan Bardsley [jordan.bardsley@thetmcteam.com] |
| CC: | Tyson Chavarie [tyson@thetmcteam.com]; Dan Seebold [dan@procuremedia.com]; Matthew Dworkin [matthew.dworkin@thetmcteam.com] |
| Subject: | Re: Territories for Energy Opt-In leads |

Hey guys - I'll look As soon as I can I have meetings until 830 and then a dinner. But I'll try to see why they stopped

Patrick Carlson
320.237.3537
Patrick.carlson@briteboxllc.com
Patrick.carlson77 - skype


On Aug 1, 2017, at 5:37 PM, Jordan Bardsley <jordan.bardsley@thetmcteam.com> wrote:

Hey Patrick,

Looks like we received a few records from you this morning just before 9 but nothing after. Could you verify these are the records you sent.

Before we put this into production, could you make sure you are sending "BriteBox" under the company instead of test.

Thanks!
Jordan


4894
5444
8916
4000
8823
1232
0843

On Aug 1, 2017, at 9:43 AM, Tyson Chavarie <tyson@thetmcteam.com> wrote:

Cool we will watch!


Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com

On Aug 1, 2017, at 8:43 AM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:

OK all - I beleive things are working.  I am putting this up in another spot too, because the geotarget is pretty tight it might take a bit to see much volume.

I have about 12 meetings today so I will be unable to keep much of an eye on it.

Please let me know you at least see something on the production post.

> On Mon, Jul 31, 2017 at 10:11 PM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:
> Hey guys - I am working on this.
>
> It looks like I am getting in getting this error now - using fake data.
>
> {"err":1,"message":"This lead has been suppressed"}
>
> Im going to put it live now and see what we have in the morning.
>
>> On Mon, Jul 31, 2017 at 1:31 PM, Jordan Bardsley <jordan.bardsley@thetmcteam.com> wrote:
>> Sure, you can either send the data as a query string or under the request body, it's up to you. Depending on the programming language or application you are using I may be able to help out a bit more. Judging by the error you were getting it sounds like the zip code isn't being sent.
>>
>> Below is an example curl request with the string we sent a few days ago, along with the response and request headers. In bold is what you should be sending.
>>
>> curl -X POST -H "Content-Type: multipart/form-data; boundary=----WebKitFormBoundary7MA4YWxkTrZu0gW"
>> **"http://69.28.72.94:8099/api.php?email=test%40yahoo.com&zip=12345&first_name=testy&last_name=mctesterson&phone_number=4072802480&address=testy&city=Lynn&state=FL&postal_code=12345&country_code=US&ip=127.0.0.1&company=test"**
>>
>> {"err":0,"message":"Successfully imported lead"}
>>
>> POST /api.php?email=test%40yahoo.com&amp;zip=12345&amp;first_name=testy&amp;last_name=mctesterson&amp;phone_number=4072802480&amp;address=testy&amp;city=Lynn&amp;state=FL&amp;postal_code=12345&amp;country_code=US&amp;ip=127.0.0.1&amp;company=test HTTP/1.1
>> Host: 69.28.72.94:8099
>> Cache-Control: no-cache
>> Content-Type: multipart/form-data
>>
>>
>>> On Jul 31, 2017, at 2:12 PM, Tyson Chavarie <tyson@thetmcteam.com> wrote:
>>>
>>> Jordan — Any way you can do a little example page that posts to your API the way you are looking for?
>>>
>>> Patrick, feel free to give me a call and we can hop on a webex or something to get this finalized.
>>>
>>>
>>> Thanks!
>>>
>>> Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com


On Jul 31, 2017, at 1:58 PM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:

I am pretty bogged down at the ASE show I can work on it tonight - sorry

Is it possible to send me a string exactly how you want it formatted? That will make it a little easier on me.

Is there a # i should call if i get a free window?

On Mon, Jul 31, 2017 at 12:42 PM, Tyson Chavarie <tyson@thetmcteam.com> wrote:
Hey Patrick —

Can we do a quick call and sort this stuff out? We are eager to get some traffic flowing!


Thanks,

Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com



On Jul 28, 2017, at 9:53 AM, Jordan Bardsley <jordan.bardsley@thetmcteam.com> wrote:

Yeah that works.

What time would you be free to meet?

On Jul 28, 2017, at 9:49 AM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:

Sure if needed I'll get you post sample shortly I'm out of office for a bit.

I do about 10 set ups a month so we should be able to crack this fast.

Patrick Carlson
320.237.3537
patrick.carlson77 (skype)
patrick.carlson@briteboxllc.com

On Jul 28, 2017, at 8:47 AM, Jordan Bardsley <jordan.bardsley@thetmcteam.com> wrote:

Hey Patrick,

Would you be free to get on a WebEx sometime today? We may be able to give you a bit more assistance if we could see how you are sending these leads over.

On Jul 28, 2017, at 8:56 AM, Jordan Bardsley <jordan.bardsley@thetmcteam.com> wrote:

Hey Patrick,

Do you have access to the full URL being sent? If so could you send that through so I could take a look at it.

Thanks,
Jordan

On Jul 28, 2017, at 12:47 AM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:

Heads up I have been working on your post tonight .

I am getting the following error.
{"err":1,"message":"ZipCode is a required field."}

I have tried using  "ZipCode" per the error  and postal_code per the instructions but I can seem to get it to work.

I am sending zip=55301 - which isnt in coverage, but the error seems to say it is just missing. Can you guys advise?

On Thu, Jul 27, 2017 at 11:36 AM, Tyson Chavarie <tyson@thetmcteam.com> wrote:
> Here is an example string:

```
/api.php?email=test%            &zip=12345&first_name=testy&last_name=mctesterson&phone_number=1231231234&city=Lynn&state=FL&postal_code=12345&country_code=US&ip=127.0.0.1&company=test
```

Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com




On Jul 27, 2017, at 12:33 PM, Tyson Chavarie <tyson@thetmcteam.com> wrote:

I'm free until 1:30PM or after 4PM works too. EDT

Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com

CONFIDENTIAL

On Jul 27, 2017, at 11:19 AM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:

Whens good for you guys today?

On Thu, Jul 27, 2017 at 8:11 AM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:
For sure - I'm clear at 940 cst

Patrick Carlson
320.237.3537
Patrick.carlson@briteboxllc.com
Patrick.carlson77 - skype


On Jul 27, 2017, at 7:43 AM, Tyson Chavarie <tyson@thetmcteam.com> wrote:

Can we jump on a quick call this morning?

Sent from my iPhone

On Jul 26, 2017, at 4:07 PM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:

Hey Tyson - i am back to work  had a few days  off with my kid in tow from out of state.

2 things
1- do you have an IO or PO  we want to user?
2- Can i get a sample of the string for posting, i see the instructions but not sure how to format.

On Thu, Jul 20, 2017 at 8:36 AM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:
 awesome-  im off to the races here.

I need to send this one to our India people to get the geotargets in place, should be ready to send traffic tomorrow.  Might be better to plan to go live Monday.

Do you have a PO or IO you want to use or should I draft one?

On Thu, Jul 20, 2017 at 8:06 AM, Tyson Chavarie <tyson@thetmcteam.com> wrote:
 No credit card required.

We do TPV, customer needs to have bill in hand for account number.

Sent from my iPhone

On Jul 20, 2017, at 2:07 AM, patrick carlson <patrick.carlson@briteboxllc.com> wrote:

Tyson - thanks for getting this over. I had a crazy day and I will be a little slammed on personal matters until mid next week.

That said I'm going to get you set up asap, and drive leads asap.  I am getting a ticket in now to onboard you.  We have good volume and I'm eager to see how it works.

I am curious to know what a closed sale is for you, is a credit card required?  Is the consumer asked to call in to a utility to make a switch?  I'd like to know the process as I place this so I know what not to do and what to do!

Patrick Carlson
320.237.3537
patrick.carlson77 (skype)
patrick.carlson@briteboxllc.com

On Jul 19, 2017, at 1:42 PM, Tyson Chavarie <tyson@thetmcteam.com> wrote:

Thanks Dan!

Patrick, please see the attached and let us know if you have any questions.

You can use the company field to indicate record source.


Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com



On Jul 19, 2017, at 12:18 PM, Dan Seebold <dan@procuremedia.com> wrote:

Tyson and Patrick, meet each other.

Patrick runs data for Spark Revenue as well as a few other companies. He will be able to get a few test files set up for you.

Tyson, please send a few of the posting strings over for him to get going

Thanks
Dan

---

**From:** Tyson Chavarie <tyson@thetmcteam.com>
**Date:** Tuesday, July 18, 2017 at 9:09 AM
**To:** dan seebold <dan@procuremedia.com>
**Cc:** Robert Svendsen <robert.svendsen@thetmcteam.com>
**Subject:** Fwd: Territories for Energy Opt-In leads



Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com

Begin forwarded message:

**From:** Tyson Chavarie <tyson@thetmcteam.com>
**Subject: Territories for Energy Opt-In leads**
**Date:** July 13, 2017 at 9:58:38 AM EDT
**To:** Dan Seebold <Dan@procuremedia.com>

We are currently in the following states: CT, DC, DE, IL, MD, MA, MI, NH, NJ, OH, PA, TX

Valid Zips attached.

Thanks!!

Tyson Chavarie

EVP, Total Marketing Concepts, Inc.
tyson@thetmcteam.com
813-385-1026
www.thetmcteam.com

<OptInZips.csv>

<leads.docx>

--
Patrick Carlson
320.237.3537
patrick.carlson@briteboxllc.com
patrick.carlson77 (skype)

--
Patrick Carlson
320.237.3537
patrick.carlson@briteboxllc.com
patrick.carlson77 (skype)

--
Patrick Carlson
320.237.3537
patrick.carlson@briteboxllc.com
patrick.carlson77 (skype)

--
Patrick Carlson
320.237.3537
patrick.carlson@briteboxllc.com
patrick.carlson77 (skype)

--
Patrick Carlson
320.237.3537
patrick.carlson@briteboxllc.com
patrick.carlson77 (skype)

--
Patrick Carlson
320.237.3537
patrick.carlson@briteboxllc.com
patrick.carlson77 (skype)

--
Patrick Carlson
320.237.3537
patrick.carlson@briteboxllc.com
patrick.carlson77 (skype)

CONFIDENTIAL
TMC_Dickson_00063666