# EXHIBIT 11

**From**: Melanie Joseph [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=768ABBD1D79F43D8A4CD270250D18AC0-MELANIE.JOS]
**Sent**: 4/29/2019 1:00:11 PM
**To**: Danielle Mondesir [danielle.mondesir@thetmcteam.com]
**CC**: Teddy Smith [teddy.smith@thetmcteam.com]
**Subject**: FW: Optin/EWC info needed

Here is the EWC for the customer that called in on Friday (on Vorn's line).

**From:** Joe Yates <joe.yates@thetmcteam.com>
**Sent:** Friday, April 26, 2019 7:45 PM
**To:** Melanie Joseph <melanie.joseph@thetmcteam.com>
**Subject:** FW: Optin/EWC info needed

**From:** Samantha Dagmy [mailto:Samantha@KBsynergy.com]
**Sent:** April 26, 2019 5:25 PM
**To:** Joe Yates; Dan Gavin
**Cc:** Tyson Chavarie
**Subject:** RE: Optin/EWC info needed

Hi Joe,

This lead came in on renttoownlocator.com, and here is a screenshot of the lead info:

TMC_Dickson_00063605

**Lead Information**

| | |
|---|---|
| Lead ID: | CU5TY62T |
| Created On: | April 9th, 2019 at 2:53pm |
| IP Address: | 108.163.232.242 |

**Personal Information**

| | | | |
|---|---|---|---|
| First Name: | ▉ | Last Name: | ▉ |
| Home Phone: | ▉8977 | Cell Phone: | |
| E-Mail Address: | ▉.com | | |

**Address Information**

| | | | |
|---|---|---|---|
| Address: | | | |
| City: | ▉ | State: | ▉ |
| County: | ▉ | | |

TMC_Dickson_00063606



See Rent To Own Home Listings Near
Your Area For Friday 4/26/2019

## Register to Access Listings Now!

First Name

Last Name

Email

Phone

☐ Yes! I would like to be contacted by a credit repair professional to assist me in
repairing my credit.



By clicking the "View Listings" button above, I represent that I am over 18 years of age and I agree to
give Rent to Own Locator and its marketing partners named here, which named I
acknowledge that I have accessed and read, my prior express written consent and
permission to call, email and send to me text messages at the telephone number(s)
provided above and to any other subscriber or user of these cellphone number(s), using
an automatic dialing system at one time from and after my inquiry to Rent to Own Locator
for purposes of all federal and state telemarketing and Do Not Call laws and my prior
affirmative written consent to in each case to market to me Rent to Own Locator and its
marketing partners named here products and services and for all other purposes. I
understand that my consent is not required to buy any of these business's products or
services.

© Copyright 2018 renttoownlocator.com                                    Privacy Policy | Terms of Use

Best!
Sam



## Samantha Dagmy
**Managing Partner**
**Phone:**  888 214-7234
**Skype:**  samantha.dagmy

This email, and any files transmitted with it, are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have
received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If
you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have
received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying,
distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Joe Yates [mailto:joe.yates@thetmcteam.com]
**Sent:** Friday, April 26, 2019 8:58 AM
**To:** Samantha Dagmy <Samantha@KBsynergy.com>; Dan Gavin <Dan@KBsynergy.com>

**Cc:** Tyson Chavarie <tyson@thetmcteam.com>
**Subject:** Optin/EWC info needed

Hello Samantha,

We have a complaint and need the optin information for the lead below:



Can you please provide proof of consent?

Thanks,


Joe Yates
Director of IT
Total Marketing Concepts
386.214.6649
www.TheTMCTeam.com



