# EXHIBIT 13

**From:** Samantha Dagmy [Samantha@KBsynergy.com]
**Sent:** 5/7/2019 8:57:21 PM
**To:** Joe Yates [joe.yates@thetmcteam.com]; Dan Gavin [Dan@KBsynergy.com]
**CC:** Tyson Chavarie [tyson@thetmcteam.com]
**Subject:** RE: Request for EWC info
**Attachments:** Lead_info_319-529-1291.xlsx

Hi Joe,

Please see attached lead info.

Best!
Sam



## Samantha Dagmy
Managing Partner
**Phone:** 888 214-7234
Skype: samantha.dagmy

This email, and any files transmitted with it, are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Joe Yates [mailto:joe.yates@thetmcteam.com]
**Sent:** Tuesday, May 07, 2019 12:47 PM
**To:** Samantha Dagmy <Samantha@KBsynergy.com>; Dan Gavin <Dan@KBsynergy.com>
**Cc:** Tyson Chavarie <tyson@thetmcteam.com>
**Subject:** RE: Request for EWC info

Hi Samantha,

Just following up — any word?

Thanks,
Joe

**From:** Samantha Dagmy [mailto:Samantha@KBsynergy.com]
**Sent:** May 6, 2019 2:40 PM
**To:** Joe Yates; Dan Gavin
**Cc:** Tyson Chavarie
**Subject:** RE: Request for EWC info

Hi Joe,

Ok, requested. ☺

Best!
Sam



Samantha Dagmy
Managing Partner
**Phone:**  888 214-7234
Skype:  samantha.dagmy

This email, and any files transmitted with it, are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Joe Yates [mailto:joe.yates@thetmcteam.com]
**Sent:** Monday, May 06, 2019 11:31 AM
**To:** Samantha Dagmy <Samantha@KBsynergy.com>; Dan Gavin <Dan@KBsynergy.com>
**Cc:** Tyson Chavarie <tyson@thetmcteam.com>
**Subject:** RE: Request for EWC info

Yes can you have the cert pulled please?

Thanks,
Joe

**From:** Samantha Dagmy [mailto:Samantha@KBsynergy.com]
**Sent:** May 6, 2019 2:30 PM
**To:** Dan Gavin; Joe Yates
**Cc:** Tyson Chavarie
**Subject:** RE: Request for EWC info

Hi Joe,

The leads came through on:  https://my-life-span.americanconsumer.us
Here is the Link for the Marketing Partners:  http://life-expectancy.awesome-benefits.com/Content/partner.html
Also, if you have a Trusted Form account you can access:
https://cert.trustedform.com/65ebea1867f31ad3c69c645436158e93c744f7fa.
If you do not have Trusted Form I can ask around to some of our partners and see if we can get the cert pulled, let me know.

Best!
Sam



## Samantha Dagmy
Managing Partner
**Phone:** 888 214-7234
Skype: samantha.dagmy

This email, and any files transmitted with it, are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Dan Gavin
**Sent:** Monday, May 06, 2019 9:10 AM
**To:** Joe Yates <joe.yates@thetmcteam.com>; Samantha Dagmy <Samantha@KBsynergy.com>
**Cc:** Tyson Chavarie <tyson@thetmcteam.com>
**Subject:** RE: Request for EWC info

Hi Joe,
Our contact for this site has been on vacation.
I will try again today, but we wil get the info.
We have known them for a very long time.
Sorry for the delay

**From:** Joe Yates <joe.yates@thetmcteam.com>
**Sent:** Monday, May 6, 2019 9:07 AM
**To:** Samantha Dagmy <Samantha@KBsynergy.com>; Dan Gavin <Dan@KBsynergy.com>
**Cc:** Tyson Chavarie <tyson@thetmcteam.com>
**Subject:** RE: Request for EWC info

Hi Samantha and Dan,

Any updates?

Thanks,
Joe

**From:** Joe Yates
**Sent:** May 3, 2019 1:07 PM
**To:** Samantha Dagmy; Dan@KBsynergy.com
**Cc:** Tyson Chavarie
**Subject:** Request for EWC info

Hi Samantha,

Can you please provide EWC info for ███████1291?



| ID | FirstNa... | LastNa... | Phone | Email | Address1 | Addres... | City | St... | Zip | ClientID | Authorizatio... | Sour... | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1489261 | ███ | ██ | ███291 | ██████com | ███████ | NULL | ██ | ██ | ██ | 23 | 55 | Y | 2019-04-03 03:36:36.540 |

Thank you,

Joe Yates
Director of IT
Total Marketing Concepts
386.214.6649
www.TheTMCTeam.com





TMC_Dickson_00063711