UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Matthew Dickson, | ) | CASE NO. 5:18CV182 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| Direct Energy, LP, et al., | ) | |
| | ) | |
| Defendants. | | |

For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the complaint is hereby DISMISSED for lack of standing.

IT IS SO ORDERED.

March 25, 2022                                          /s/John R. Adams
Date                                                          Judge John R. Adams
                                                                United States District Court