# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : Case No. 5:18-cv-182-JRA : : Judge Adams |
| Plaintiff, | : |
| v. | : |
| DIRECT ENERGY, LP, et al., | : |
| Defendants. | : |

## NOTICE OF APPEAL

Plaintiff Matthew Dickson hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum of Opinion and Order (Doc. 148) and Judgment Entry (Doc. 149) entered in this action on the 25th day of March, 2022.

Dated: April 22, 2022

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (0070654)
Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
misny@mmmb.com

Edward A. Broderick (admitted *pro hac vice*)
Broderick Law P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 617.738.7080
Facsimile: 617.830.0327
E-mail: ted@broderick-law.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

Matthew P. McCue (admitted *pro hac vice*)
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
E-mail: mmccue@massattorneys.net

Samuel J. Strauss (admitted *pro hac vice*)
Turke & Strauss LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: 608.237.1774
Facsimile: 608.509.4423
E-mail: sam@turkestrauss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I served the foregoing through the Court's CM/ECF system, which will send notice to all counsel of record.

**/s/ Brian K. Murphy**
Brian K. Murphy