UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Matthew Dickson, | ) | CASE NO. 5:18CV182 |
| Plaintiff, | ) | |
| v. | ) | <u>Judge John R. Adams</u> |
| | ) | ORDER |
| Direct Energy, LP, et al., | ) | |
| Defendants. | ) | |

Consistent with the parties' joint request, this matter is hereby stayed. The parties shall file a notice when it is appropriate to lift the stay.

IT IS SO ORDERED.

July 13, 2023          <u>/s/John R. Adams</u>
Date          Judge John R. Adams
         United States District Court