Motion granted.  The reply is deemed filed.
/s/ John R. Adams
U.S. District Judge
9/25/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>DIRECT ENERGY, LP, TOTAL MARKETING CONCEPTS, LLC, and SILVERMAN ENTERPRISES, LLC,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§   C.A. NO. 5:18–cv–182<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANT DIRECT ENERGY'S MOTION FOR LEAVE TO FILE REPLY

Defendant Direct Energy, LP respectfully requests leave to file the Reply in Support of its Objections to Judge Henderson's Report and Recommendation that is attached as Exhibit 1. On October 18, 2024, Direct Energy timely filed Objections to Judge Henderson's Report recommending partial grant and denial of Direct Energy's Motion for Summary Judgment. ECF Nos. 168, 175, 176. On October 29, Plaintiff sought an agreed seven-day extension to file his Opposition with Plaintiff likewise agreeing "not to object on the basis of timeliness" to Direct Energy's anticipated Reply if filed by November 26, which the Court granted the next day. *See* ECF Nos. 177, 178. In doing so, Plaintiff suggested that "such a filing would [not] be proper and reserve[d] the right to move to strike or otherwise object," citing to Local Rule 72.3(b). *Id.* at 1.

Plaintiff is wrong to suggest that simply because a reply is not mentioned in Local Rule 72.3(b), one is not permitted. The Local Rules cannot be read in a vacuum. They permit "a reply memorandum in support of any dispositive motion[.]" LR 7.1(e). Because Judge Henderson recommended partially granting and denying Direct Energy's Motion for Summary Judgment, the issues before the Court are dispositive and Local Rule 7.1(e) applies, permitting a reply.

This Court has recognized as much in granting a motion for leave to file a reply in support