IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : | Case No. 5:18-cv-182-JRA |
| | : | |
| | : | Judge Adams |
| Plaintiff, | : | Magistrate Judge Henderson |
| | : | |
| v. | : | |
| | : | |
| DIRECT ENERGY, LP, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF MATTHEW DICKSON'S MOTION FOR DEFAULT JUDGMENT AGAINST TOTAL MARKETING CONCEPTS, INC. AND SILVERMAN ENTERPRISES, LLC**

Now comes Plaintiff Matthew Dickson and hereby requests that the Court enter a default judgment against Defendants Total Marketing Concepts, Inc. ("TMC") and Silverman Enterprises, LLC ("Silverman").

In its Order granting Defendant Direct Energy's Motion for Summary Judgment, the Court entered default against Defendants TMC and Silverman, noting they have not engaged in defense of the litigation in any meaningful way since 2019 and 2020 respectively. (Doc. 185.)

Under Federal Rule of Civil Procedure 55(a), default can be entered against a party for failure to plead or otherwise defend the claim. As Magistrate Judge Henderson noted in her Report and Recommendation recommending denying Direct Energy's Motion for Summary

1

Judgment, "[d]efault judgment may be entered against a corporation that fails to obtain counsel." (Doc. 32.)

TMC's counsel was allowed to withdraw in July 2019 and Silverman's counsel was allowed to withdraw in April 2024. (Doc. 175, pp. 30-31.) Neither TMC nor Silverman have retained substitute counsel, even after Magistrate Judge Henderson ordered them to retain counsel by October 14, 2024. (*Id.*, p. 32.)

The Court therefore entered default against both parties and ordered the remaining parties to either move for default judgment or voluntarily dismiss any remaining claims against these parties within 14 days. (Doc. 185, p. 7.) In response, Plaintiff requests that a default judgment be entered against TMC and Silverman on Plaintiff's individual claims only.[1]

As shown in Just Deliver It LLC's records of RVMs sent by Silverman, Plaintiff received 11 prerecorded RVMs from Silverman on behalf of TMC in violation of 47 U.S.C. § 227(b)(1)(A). (*See* Doc. 111-14, p. 22-23, ¶ 48.) No evidence of Plaintiff's prior express consent to receive these calls has been produced. (*See* Doc. 172, p. 18.) Under 47 U.S.C. § 227(b)(3), Plaintiff seeks statutory damages of $500 per call.[2] Accordingly, default judgment should be entered in the amount of $5,500.

                                              Respectfully submitted,

                                              **/s/ Jonathan P. Misny**
                                              Brian K. Murphy (0070654)
                                              Jonathan P. Misny (0090673)
                                              Murray Murphy Moul + Basil LLP
                                              1114 Dublin Road

---

[1] Plaintiff is moving for default judgment as to his individual claims only because his Motion for Class Certification is mooted by Direct Energy being dismissed.
[2] Plaintiff is not seeking treble damages for willful and knowing violations as to Silverman and TMC because his understanding is they are not collectible.

Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
       misny@mmmb.com

Edward A. Broderick (admitted *pro hac vice*)
Broderick Law P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 617.738.7080
Facsimile: 617.830.0327
E-mail: ted@broderick-law.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

Matthew P. McCue (admitted *pro hac vice*)
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
E-mail: mmccue@massattorneys.net

Samuel J. Strauss (admitted *pro hac vice*)
Turke & Strauss LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: 608.237.1774
Facsimile: 608.509.4423
E-mail: sam@turkestrauss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

        **/s/ Jonathan P. Misny**
        Jonathan P. Misny