# EXHIBIT 1-E

---

**From:**     Larry Correia <larry@thetmcteam.com>
**Sent:**     4/4/2017 2:14:57 PM +0000
**To:**       "Moran, John" <John.Moran@directenergy.com>
**Subject:**  Re: Re: DE Direct Voicemail Messaging SOW

[External Email]

The letter is done - what is your legal teams address?

Best regards,

Larry Correia
Total Marketing Concepts, Inc
4395 Saint John's Parkway
Sanford, FL 32771
407-443-3635 Cell
407-618-3004 Main


www.thetmcteam.com



**From:** Moran, John <John.Moran@directenergy.com>
**Sent:** Tuesday, April 4, 2017 10:12:52 AM
**To:** Larry Correia
**Subject:** Fwd: DE Direct Voicemail Messaging SOW

Need a letter from your attorney

Our legal group is challenging this

Sent from my iPhone

Begin forwarded message:

> **From:** "McNicholas, Iliana" <Iliana.McNicholas@directenergy.com>
> **Date:** April 4, 2017 at 8:47:32 AM CDT
> **To:** "Moran, John" <John.Moran@directenergy.com>
> **Cc:** "Matute, Isaac" <Isaac.Matute@directenergy.com>, "Minero, Juan"
> <Juan.Minero@directenergy.com>, "Reyes, Alma"
> <Alma.Reyes@directenergy.com>, "Djuanda, Melisa"
> <Melisa.Djuanda@directenergy.com>, "Nieves, Madeline"
> <Madeline.Nieves@directenergy.com>
> **Subject: RE: DE Direct Voicemail Messaging SOW**
>
>
> John,
>
> The rule is exactly the same. Please see below:
>
> Telemarketing Calls That Deliver Prerecorded Messages

FTC adopted amendments to the TSR that directly address the use of prerecorded messages in telemarketing. Under those amendments, the TSR <u>expressly prohibits outbound telemarketing calls that deliver a prerecorded message unless the seller has obtained the call recipient's prior signed</u>, written agreement to receive such calls from that seller. The prohibition applies to prerecorded message calls regardless of whether they are answered by a person or by an answering machine or voice mail service. With certain exceptions (explained below), the prohibition applies to all calls that deliver a prerecorded message, regardless of whether the number called is listed on the National Do Not Call Registry.

Please let me know if you have any other questions.

Thanks,

**Iliana McNicholas**
Manager – B2C Compliance l Direct Energy

---

**From:** Moran, John
**Sent:** Thursday, March 30, 2017 4:32 PM
**To:** McNicholas, Iliana
**Cc:** Matute, Isaac; Minero, Juan; Reyes, Alma; Djuanda, Melisa; Nieves, Madeline
**Subject:** Re: DE Direct Voicemail Messaging SOW

Iliana,

How would this rule apply to residential landlines?

I believe the Vendor will dropping messages to  landline numbers only

Sent from my iPhone

On Mar 30, 2017, at 5:05 PM, McNicholas, Iliana <Iliana.McNicholas@directenergy.com> wrote:

> Isaac,
>
> The TCPA and the FCC's implementing regulations make <u>it illegal to send any prerecorded messages</u> (whether made for telemarketing or purely informational or customer service purposes) to an emergency telephone line, health care facility, elderly home or similar establishment, <mark>mobile telephone number</mark>, or to any service for which the called party is charged for the call, without the prior express permission of the recipient.
>
> You must have express permission from the customer to make prerecorded calls to a phone number designated by the customer for that purpose. Are we getting this approval?

Confidential

Alma, could you please add on your feedback?

Thanks,

**Iliana McNicholas**
Manager – B2C Compliance l Direct Energy

---

**Email Disclaimer**

The information contained in or attached to this email is intended only for the use of the addressee. If you are not the intended recipient of this email, or a person responsible for delivering it to the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or retaining this email or any part of it. It may contain information which is confidential and/or covered by legal, professional or other privilege under applicable law. If you have received this email in error, please notify us immediately by return email.

The views expressed in this email are not necessarily the views of Centrica plc, nor its North American subsidiaries, and the said companies and their respective directors, officers and employees make no representation, nor accept any liability, regarding its accuracy or completeness, unless expressly stated to the contrary.

Direct Energy 003141