# EXHIBIT 1-F

| | |
|---|---|
| **From:** | "Moran, John" <John.Moran@directenergy.com> |
| **Sent:** | 5/15/2017 9:41:35 PM +0000 |
| **To:** | George Lonabaugh (george@thetmcteam.com); Larry Correia <larry@thetmcteam.com> |
| **CC:** | "Nieves, Madeline" <Madeline.Nieves@directenergy.com>; "Schotz, David" <David.Schotz@directenergy.com>; "Flom, Brian" <Brian.Flom@directenergy.com>; Robert Svendsen (robert.svendsen@thetmcteam.com) |
| **Subject:** | RVM to Opt In Leads |

Team,

We've been given the green light to go forward with the ringless voice message program to opt lead leads only. We have an approved message script you will be required to use. Which I will forward to you soon.

Essentially, this campaign will allow you to drop a voice message to every opt in lead currently in your recent files. NY & CT are excluded for now.

My recommendation would be to create a separate "best of" group of sales agents preferably in the outbound space and direct these calls to them as these will count as an outbound sale.

Larry – I'll resend you the approved message script.

I'm thrilled to see you all turn this back on and start hitting on all cylinders, sooner rather than later. 100 sales a day!

Let's make it happen!!

**John Moran | USN/AB Telesales Vendor Manager**
**Direct Energy | North America Home**
Direct: 845.503.5130 | Mobile: 201.960.1354
400 Rella Blvd. | Montebello, NY 10901
john.moran@directenergy.com | www.directenergy.com