# EXHIBIT 1-G

| | |
|---|---|
| **From:** | "Moran, John" <DECORP/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/JMORAN> |
| **Sent:** | 8/2/2017 5:47:24 PM +0000 |
| **To:** | Larry Correia <larry@thetmcteam.com>; George Lonabaugh <george@thetmcteam.com>; Robert Svendsen <robert.svendsen@thetmcteam.com>; Brian Leon <brian.leon@thetmcteam.com>; Lianna Crosby <Lianna.Crosby@thetmcteam.com> |
| **CC:** | "Nieves, Madeline" <Madeline.Nieves@directenergy.com>; "Schotz, David" <David.Schotz@directenergy.com> |
| **Subject:** | RE: RE: DE OTB Daily Report - 8/1 |

We'll have a separate conversation about inbound

OB is the priority right now and have a couple of comments ahead of tomorrow's call

I was told you had 30 OB heads 3 weeks. You also, told me you had added 25 heads from another program, 2 weeks ago. How are we no longer at 30 FTE's for OBTM?

I have emails from George as well explaining you will hit the daily sales target going back to last month. TMC needs to see a WOW increase in sales, regardless.

To further recap, the subcontractor brings on an additional 50 sales incremental to the 25-50 sales you currently produce within the Sanford site. It is not to get you to a total of 50 sales per day at a.30 SPH. I'm hoping that I misread your email and that is what you meant.

I've greenlighted you to expand Opt in as high as far as you can go. We need you to be at 100 sales per day. 30-50 doesn't make a dent for us and frankly causes us to spend more money for few sales.

We dig deep tomorrow into this

---

**From:** Larry Correia [mailto:larry@thetmcteam.com]
**Sent:** Wednesday, August 02, 2017 1:23 PM
**To:** Moran, John; George Lonabaugh; Robert Svendsen; Brian Leon; Lianna Crosby
**Cc:** Nieves, Madeline; Schotz, David
**Subject:** Re: DE OTB Daily Report - 8/1

[External Email]

John,

We have a couple things going on that we want to discuss tomorrow on our weekly call.

First of all we have several challenges on inbound that are affecting our conversion:

- Type of inbound calls we receive
- Access to monitoring systems
- ID issues with existing systems
- Confusion on how to process some orders
- etc

On OBTM our issues are related to headcount

- We currently have a headcount of 30 FTE
- 8 are dedicated to USN INB
- 22 agents are dedicated to USN OBTM

We have had a lot of turn over on USN OBTM with over half the team graduating training within the last 2-3 weeks. We are waiting for the vendor approval paperwork from procurement to add FTE from our remote sites. This will lift production above 50 sales a day @.30SPH.

Separately, we would like to discuss the compensation for USN INB. We are currently operating at cost or below. Is there anyway we can duplicate the OBTM compensation of $75 per sale?

Best regards,

Larry Correia

Total Marketing Concepts, Inc

4395 Saint John's Parkway

Sanford, FL 32771

407-443-3635 Cell

407-618-3004 Main

www.thetmcteam.com

---

**From:** Moran, John <John.Moran@directenergy.com>
**Sent:** Wednesday, August 2, 2017 12:28:19 PM
**To:** Larry Correia; George Lonabaugh
**Cc:** Nieves, Madeline; Schotz, David
**Subject:** FW: DE OTB Daily Report - 8/1



Is this correct only 23 in USN?

What is the plan to get this to 75-100 per day? There seems to be a disconnect with the now plus 30 FTE's calling for USN

Please help me to understand this

**From:** Gina McGregor [mailto:gina@thetmcteam.com]
**Sent:** Wednesday, August 02, 2017 12:23 PM
**To:** Nieves, Madeline; Campione, Jp; Moran, John; Flom, Brian; Brian Leon
**Cc:** Schotz, David; The entire IT team; Direct Energy
**Subject:** DE OTB Daily Report - 8/1

[External Email]

| Texas OB | 8/1 |
|---|---|
| Sales | 6 |

| | |
|---|---|
| **Hours** | 25.94 |
| **SPH** | 0.23 |
| **Revenue** | $545.00 |
| **Hourly Rate** | $21.01 |
| | |
| **DEN OB** | **8/1** |
| **Sales** | 23 |
| **Hours** | 141.08 |
| **SPH** | 0.16 |

| | |
|---|---|
| **TX Transfers** | **8/1** |
| **Attempts** | 9 |
| **Sales** | 0 |
| **%** | 0.0% |

| | |
|---|---|
| **DEN Transfers** | **8/1** |
| **Attempts** | 3 |
| **Sales** | 0 |



| % | 0.0% |
|---|---|

## Email Disclaimer

The information contained in or attached to this email is intended only for the use of the addressee. If you are not the intended recipient of this email, or a person responsible for delivering it to the intended recipient, you are strictly prohibited from disclosing, copying, distributing, or retaining this email or any part of it. It may contain information which is confidential and/or covered by legal, professional or other privilege under applicable law. If you have received this email in error, please notify us immediately by return email.

The views expressed in this email are not necessarily the views of Centrica plc, nor its North American subsidiaries, and the said companies and their respective directors, officers and employees make no representation, nor accept any liability, regarding its accuracy or completeness, unless expressly stated to the contrary.