# EXHIBIT 1-I

## STATEMENT OF WORK ADDENDUM

### to Teleservices Agreement between Total Marketing Concepts, Inc. and Direct Energy Services, LLC

This Statement of Work Misdirected Leads ("SOW") between Direct Energy, LP ("Direct Energy") and Total Marketing Concepts, **Inc.** ("TMC") dated March 22nd, 2017 ("Effective Date") incorporates and is subject to the terms and conditions of the Teleservices Agreement between Direct Energy Services, LLC, an affiliate of Direct Energy, and TMC dated March 4, 2015 (the "Agreement"). All capitalized terms not defined herein shall have the meaning specified in the Agreement. TMC and DE may each be referred to herein as a "Party" or, collectively, as "Parties."

I. Term: The Parties agree to an ongoing RVM campaign beginning on the date upon which Services commence, as mutually determined by the Parties ("Trial Period"). During this period, either Party may terminate this SOW for any reason upon twenty-four (24) hours' written notice to the other Party.

2. Territories: State of Texas, US North, USHS

3. Services:

**Program Name:** Ringless Voicemail Campaign

**Program Offering:**
- TMC will be using a named third party, Silverman Enterprises, to provide inbound calls generated via RVM technology for the purpose of selling Direct Energy products and services in the Texas, US North, & USHS markets.
- Silverman Enterprises will leave approved messages on customer's voicemail which is defined as an enhanced service. The specific markets will be selected and approved by Direct Energy. Customers responding to the voicemail will call an inbound number and be connected to an agent regarding specific offers determined by Direct Energy for the market in question.

**Payment:**
TMC will invoice Direct Energy for any leads used to generate sales with a $25 per sale cap.

| Total Marketing Concepts, Inc (TMC) | Direct Energy, LP |
|---|---|
| By: _____ | By: _____ |
| 3-23-17 | |
| Name: _____ | Name: _____ |

Confidential