# EXHIBIT 1-J

Case: 5:18-cv-00182-JRA Doc #: 187-11 Filed: 12/30/25 1 of 18. PageID #: 10865

# TELESERVICES STATEMENT OF WORK No. 3 (Opt-In Leads Phase II)

This Statement of Work No. 3 (the "SOW"), dated as of March 25, 2018 (the "Effective Date"), is part of and subject to the terms and conditions of that certain Teleservices Agreement (U.S.), dated as of March 4, 2015 (the "Agreement"), by and between **Direct Energy Services, LLC,** a Delaware limited liability company ("Company" or "Direct Energy"), with an office at 12 Greenway Plaza, Houston, Texas 77046, and **Total Marketing Concepts, Inc** ("TMC" or "Vendor"), a Florida corporation with an office at 4395 St. Johns Parkway, Sanford, Florida 32771. Capitalized terms not otherwise defined herein shall have the respective meanings ascribed to them in the Agreement. To the extent of any conflict between the Agreement and this SOW (Opt-In Leads Phase II), this SOW (Opt-In Leads Phase II) controls. TMC and Direct Energy may each be referred to herein as a "Party" or, collectively, as "Parties."

**A.  Term**

The Parties agree to a 90 calendar-day trial period beginning on the Effective Date or on a date upon which Services commence, as mutually determined by the Parties ("Trial Period"). During the Trial Period, either Party may terminate this SOW for any reason upon forty-eight (48) hours' written notice to the other Party. This SOW will be effective as of the Effective Date and, unless earlier terminated in accordance with the terms set forth in this SOW or the Agreement, will continue through June 25, 2018 (the "Initial Term") and thereafter shall automatically renew for successive 90-day terms (collectively, the Initial Term and successive terms are the "Term"). If this SOW continues in effect beyond the Trial Period or Initial Term, either Party may terminate this SOW upon 30 days' written notice to the other Party, without penalty.

**B.  Territories**

TMC shall provide Services in the State of Texas and the US North Region (Connecticut, Delaware, District of Columbia, Illinois, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, Ohio, Pennsylvania) (collectively, the State of Texas and the US North Region are referred to as the "Territories"). Said Territories to be identified and modified by the Direct Energy Program Manager, from time-to-time, in Direct Energy's sole discretion.  No Services will be performed in Canada.

**C.  Services**

In support of various Direct Energy telemarketing campaigns, TMC will provide, on behalf of Direct Energy, a Teledrip Campaign (Opt-In Leads Phase II) with subcontractor Silverman Enterprises, LLC ("Silverman"), having an office at 107 West Michigan Avenue, Suite 453, Kalamazoo, Michigan 49007, as set forth herein (collectively, "Services").  The Services will be performed in compliance with Exhibit "A" Vendor's Teleservices Guidelines, attached hereto and incorporated by reference, as well as Exhibit "B" Procurement and Corporate Responsibility Policy for Suppliers, attached hereto and incorporated by reference.

In order to generate more sales, TMC has partnered with Silverman to deploy a Teledrip Contact Strategy. Consumers who have opted-in through a Silverman co-registration campaign will be contacted regarding Direct Energy energy products or services from Silverman Teledrip Platform.

TMC will, through its own internal activities and/or through down-lines subcontractors who must have been previously approved by Direct Energy in writing as Permitted Subcontractors

under Section 5.1 of the Agreement, conduct solicitation telesales calls and text messages concerning Direct Energy energy products or services from Silverman's Teledrip Platform. Silverman is a Permitted Subcontractor hereunder.

Direct Energy will compensate TMC for each sale generated in the zip codes applicable to the Territories listed under Section B above, pursuant to Exhibit B Compensation Structure & Payment Terms of the Statement of Work (Outbound Teleservices) dated March 4, 2015, as amended by Amendment No. 1 dated December 18, 2017, under the same Agreement to which this SOW is also subject.

TMC and/or its Permitted Subcontractor will conduct outbound telesales calls and text messages to these consumers to sell them Direct Energy products or services, and neither TMC nor any Permitted Subcontractor will use opt-in leads paid for by Direct Energy to sell energy products or services for competitors of Direct Energy.

TMC and/or its Permitted Subcontractors will capture and retain on record in accordance with applicable laws, this SOW, and Exhibit "A" hereto, the following information with each opt-in:

- First and last name of opt-in party
- Phone number of opt-in party
- Email of opt-in party
- Zip code of residence of opt-in party
- IP address of computer used by opt-in party
- Date/time stamp of opt-in
- Confirmation that the opt-in party is age 21 years or older

TMC will remain liable to Direct Energy for any actions or omissions by any Permitted Subcontractor in performing Vendor obligations or Services hereunder.

"Opt-in" permission from consumers will be clearly and unambiguously stated as:

> I hereby consent to receive live sales calls, text messages, emails, auto-dialed and/or pre-recorded telemarketing calls, which may use automated dialing equipment, from or on behalf of Direct Energy. Consent for calls is not a condition for purchase. I confirm I am at least 21 years old.

An example of the opt-in text message language is attached to this SOW as Exhibit "C."

Leads who answer the phone or call back will be either transferred to a live agent, scheduled for a call back, or removed from the list for those wanting to opt out.

Leads who do not answer the phone and speak to an agent can be left a voicemail or sent a follow up text message and will remain in the Teledrip flow.

Leads that reply to the number through a text message will be able to engage in a conversation to schedule a callback for interested users, or be removed from the list for those wanting to opt out.

TMC and/or its Permitted Subcontractors will continue to send calls, and text messages to the consumer according to the schedule until the lead gets transferred to a live agent, or expresses a desire not to receive any further communication.

Records of such "opt-in" consumers will be maintained by TMC and/or its Permitted Subcontractors in accordance with Federal and State laws regarding such permissions and records. and in compliance with the U.S. Federal E-Sign Act. Such records will be made available to Direct Energy upon request.

No outbound sales calls will be made by TMC and/or its Permitted Subcontractors under this SOW to cellular phones, or phones on the FCC wireless/wireline ported list, to consumers indicating by zip code that they reside in the states of New Jersey, Arizona, or Wyoming, as per the laws in those states.

No outbound sales calls will be made by TMC and/or its Permitted Subcontractors under this SOW to cellular phones, or phones on the FCC wireless/wireline ported list, using automated dialer equipment, or systems capable of storing telephone numbers and dialing those numbers.

TMC and/or its Permitted Subcontractors shall arrange and maintain exclusive toll-free numbers for this SOW (program-specific numbers) to facilitate tracking and reporting of call results to Direct Energy.

It is the opt-in permission that permits a subsequent outbound telesales call and text message that is the essential service being provided by TMC and/or its Permitted Subcontractors to Direct Energy under this SOW.

An example of the opt-out language is attached to this SOW as Exhibit "D."

D. **Customer Enrollment Information**

Required Information. Vendor shall provide in an electronic format acceptable to Direct Energy, all information required by Direct Energy to enable Direct Energy to transmit data to properly enroll individual electric accounts. Vendor shall be responsible for any error corrections with respect to the data to ensure the Direct Energy's ability to transmit data to the applicable utility or Direct Energy as required by Direct Energy. Further, Vendor shall provide data for completed sales within forty-eight (48) hours of the sale being completed. This information shall include, but is not limited to, each customer's name, address, phone number and account number. Without limiting the scope of the definition of Direct Energy Data under the Agreement, all such information shall be deemed "Direct Energy Data."

Completed customer enrollments and applicable third-party verifications shall be governed by the terms and conditions of the Agreement.

E. **Record Keeping and Enrollment Recordings**

TMC and/or its Permitted Subcontractors will retain on record for no less than seven (7) years all statute-required information related to leads sources, leads identities, enrollments, and applicable opt-in information related to that lead and its subsequent inbound or outbound telesales call. TMC shall make such information available to Direct Energy upon request. Except as provided by law, and within the terms and conditions of the Agreement, TMC shall use such information solely in support of Services rendered by TMC and/or TMC Permitted Subcontractors, or in response to complaints or enrollment issues raised by that consumer (lead) or Direct Energy.

TMC, in conjunction with its Permitted Subcontractors, will provide to Direct Energy any opt-out record for consumers contacted or solicited via this SOW so Direct Energy can maintain its own internal do-not-call or do-not-email lists. Likewise, Direct Energy will provide to TMC any do-not-contact requests from consumers who contact Direct Energy directly. TMC in turn will inform its Permitted Subcontractors of any do-not-contact requests from opt-in consumers under this SOW that are received by TMC and/or Direct Energy.

<u>Opt-In Recording/Storage</u>.   Vendor shall retain and maintain all Service related records ("Service Related Records"), including, without limitation, the recordings of all sales calls ("Telephone Recordings") in their entirety, at no cost to Direct Energy for a Retention Period (defined below) of no less than seven (7) years, unless transferred to Company's Records Management Department. The Retention Period is defined as the amount of time that a Service Related Record must be kept by the Vendor under all applicable laws and regulations, or as defined by the SOW; however, if a dispute arises in connection with the Agreement or this SOW, the Retention Period will be extended automatically until the resolution of such dispute becomes final and non-appealable and all obligations of the Parties to one another relating to the resolution have been satisfied in full.

Vendor will provide Direct Energy the Telephone Recordings within 24 hours of a request for such Recordings. Vendor shall ensure all Telephone Recordings are secure, pursuant to the terms of the Agreement. All Telephone Recordings shall be in a format accessible by Direct Energy. Without limiting Direct Energy's rights under the Agreement, failure to provide Direct Energy with access to complete and auditable Telephone Recordings, for any reason, will be considered a material breach of the Agreement by Vendor.

Vendor shall retain all Service Related Records, including Telephone Recordings during and after the Retention Period, that Company has identified as being involved in, or potentially involved in, litigation ("Litigious Records"), for an indefinite period of time until Company notifies the Vendor otherwise.

Vendor shall not destroy any Service Related Records, including, without limitation, Telephone Recordings and Litigious Records, without first notifying Company in writing as well as notifying Company's Records Management Department via email at RIM@directenergy.com and providing Company no less than ninety (90) days for Company Program Manager to respond with express written consent to the destruction of Service Related Records, or to the retrieval of Service Related Records. . Upon consent for destruction, the Vendor will destroy the Service Related Records within a thirty-day period, and Vendor shall not retain copies of such Service Related Records. Upon consent for retrieval, all Service Related Records must be delivered to Company in a useable and industry acceptable format necessary to continue use and contain metadata necessary to locate individual records.

Vendor shall not share or distribute any, Service Related Records, including, without limitation, the Telephone Recordings and Litigious Records, collected by Vendor without first notifying Company in writing and providing no less than fourteen (14) business days to respond with express written consent by the Company Program Manager and to retrieve the same.

Vendor will provide a listing of all phone numbers used on behalf of Company for Services provided under the Agreement or this SOW. This listing will be updated on a quarterly basis or as requested by Company.

**F.    Reporting**

Vendor shall provide to Direct Energy the following reporting information and any additional information as otherwise directed by Direct Energy, at no additional cost to Direct Energy (Both Parties will agree to specific report format and content in advance of Program initiation – All reports are due to the Direct Energy Program Manager and anyone else that such Direct Energy Program Manager wishes added to the distribution, no later than 10 a.m., Houston, Texas time, on the day the report is due):

[This space has been kept blank intentionally.]

| Report | Description | Distribution |
|---|---|---|
| **Agent Performance Report** | Report will include agent's name, hours worked on a designated campaign, total good sales, no sales, and sales per hour. | Weekly. |
| **DNIS Report** | A comprehensive report with data for each incoming phone number (campaign). Report will include, but is not limited to, total calls, early hang-ups, production time, idle time, hold time, record completion, agent performance reporting. | Daily, weekly (Monday – Saturday), monthly (calendar), program for the year and program to date. |
| **Sales Reports** | Provides number of gross enrollments. | Daily, weekly (Monday – Saturday), monthly (calendar), program for the year and program to date. |
| **Combined FTE** | Provides Headcount and Training data. | Delivered upon Direct Energy request. |
| **Disposition Reporting** | Provides disposition tracking for all calls handled | At the end of each campaign or upon Direct Energy's request. |
| **Marketing Tracking** | Provides tracking to specific marketing related questions for all calls handled | Monthly (calendar) or upon Direct Energy Request. |
| **System Outage Reporting** | Detailed description of all reported system outages (internal and external), including but not limited to error messages, time started, time corrected, help desk tick numbers and contacts. | When system occurrences happen- Daily, weekly, monthly (calendar), program for the year and program to date. |
| **Accrual Projection** | Provides a estimated total invoice expense per cost group | Monthly - due on the 20th of the month in which the expense is being projected. |
| **Invoice Detail** | Report format and required data will be provided to Direct Energy | Monthly - due on the 5th of the month following the calendar month in which the work was done. |

Reasonable additional reports and/or modifications to any of these existing reports may be requested at any time by Direct Energy's Program Manager. The Direct Energy Program Manager shall specify a reasonable time as mutually agreed for implementation by Vendor. Vendor shall implement any such additional reports and/or make such modifications within such time.

### G. Payment

TMC will pay Silverman Enterprises LLC and any other Permitted Subcontractors directly and will not charge Direct Energy. Should Silverman Enterprises LLC or any other Permitted Subcontractor make a demand upon Direct Energy for compensation for Services performed hereunder, TMC will compensate such Permitted Subcontractor.

### H. Adjustments, Modifications, and Amendments

The intent of this SOW is to create and build an effective campaign whereby TMC can increase energy telesales for Direct Energy, within a viable framework for all Parties.

As the SOW proceeds, it may require adjustments in marketing volumes, schedules, geographies, and compensation in order to meet the viability and sales goals envisioned, which is in keeping with the nature of test programs.

Any adjustments, modifications or amendments to this SOW shall be conducted in writing and shall not affect the remaining terms of this SOW or the Agreement.

### I. Copyrights, Trademarks, and Properties

Direct Energy hereby grants to TMC and its Permitted Subcontractors a non-exclusive, non-transferable, right, during the term of this SOW, and solely for the purposes of fulfillment of the terms of this SOW, to display the Direct Energy logo and name (attached as Exhibit "E") in online advertising to solicit opt-in consumers in such manner as is illustrated in Exhibit "C" attached. TMC affirms and acknowledges that Direct Energy owns and retains all use and distribution right, title, interest, and ownership of the Direct Energy logo.

### J. Monitoring Vendor Personnel

Vendor shall, at its sole cost monitor all its sales agents and Permitted Subcontractors ("Vendor personnel") conducting Services under this SOW, to ensure compliance with the requirements of the Agreement and this SOW, as well as all applicable laws and regulations. Upon knowledge of any material noncompliance, Vendor shall immediately notify the Direct Energy Program Manager who will review each such instance of noncompliance by Vendor personnel on a case-by-case basis to determine whether the Vendor personnel may continue providing Services under the Agreement.

Subject to applicable law, Vendor shall provide Direct Energy with a means to remotely monitor "live" calls handled by Vendor personnel for quality assurance purposes. Vendor and Direct Energy will conduct weekly joint monitoring sessions at a mutually agreed time. Direct Energy may request a reasonable amount of side by side monitoring at any time at no cost to Direct Energy. Direct Energy may also request pre-recorded enrollments to be used to monitor sessions at any time at no cost to Direct Energy.

**K.** **Program Managers.**

For purposes of the Agreement and this SOW, the Direct Energy Program Manager shall be John Moran at John.Moran@directenergy.com and the Vendor Program Manager shall be Larry Correia at larry@thetmcteam.com

[Signatures follow below]

IN WITNESS WHEREOF, the Parties have caused this Statement of Work No. 3 to be executed by their duly authorized representatives dated effective as of this date first set forth above.

**COMPANY:** **DIRECT ENERGY SERVICES, LLC**

Signature: *Lauren Maclea* (DocuSigned by: 6D690A97FE664B0...)
Print Name:
Title:

**VENDOR:** **TOTAL MARKETING CONCEPTS, INC. (TMC)**

Signature: *Tyson Chavarie* (DocuSigned by: A377FD312300490...)
Print Name:
Title:

# EXHIBIT "A"

### VENDOR'S TELESERVICES GUIDELINES

Without limiting anything set forth in the Teleservices Agreement, Vendor shall also comply with the following requirements and procedures when conducting or performing Services on behalf of Company.

1. <u>Federal and State Do Not Call Requirements</u>.

1.1  <u>Compliance with National Do Not Call Requests</u>.  Vendor will not call consumers whose wireline or wireless phone numbers are listed on the most current version of the National Do Not Call Request Registry ("Registry") used by Vendor in fulfilling its obligations under the Agreement or SOW unless the call is placed to a consumer:  (i) with whom the Company has formed an established business relationship, as communicated to Vendor by Company in writing; (ii) who has expressly consented in writing, as communicated to Vendor by Company in writing, to receive telemarketing calls from the Company; or (iii) who has a personal relationship with the specific Vendor sales representative who places the call.

1.2  <u>Downloading Data from the National Registry and Applicable State Registries</u>. Unless notified in writing by Company that any telemarketing lists provided by Company to Vendor have been "scrubbed" against the Registry and all applicable state "do not call" or "do not contact" registries, Vendor shall "scrub" its calling list(s) used in connection with the Services against the Registry and all such state registries as required by law but less frequently than once every 30 days.  Vendor shall, at its expense, access the Registry as necessary to comply with the terms of this Agreement and scrub against all applicable state registries not less frequently than required under the applicable state laws.  At Company's election, Company may provide its Registry account numbers to Vendor so that Vendor may access the portion of the Registry to which Company has subscribed.

1.3  <u>Restrictions on Use of Registry Data</u>.  Vendor shall not sell, rent, lease, purchase or use any Company-specific or Registry list for any purpose other than in order to comply with federal telemarketing law requirements.

2. <u>Company-Specific Do Not Call Requirements.</u>  Vendor must honor consumers' Company-specific do not call requests as soon as possible following the receipt of such requests, not to exceed thirty (30) days.  Unless and until otherwise notified by Company, Vendor must continue to honor such requests indefinitely.  (For purposes of clarification only, an established business relationship does not supersede a consumer's specific request not to be called by Vendor on behalf of Company.  In other words, if a consumer asks to be placed on the Company-specific do not call list and then later subscribes to a Company Service, Vendor must continue to refrain from making any sales-related calls to the consumer's telephone number registered on the Company do not call list.)

3. <u>"Safe Harbor" for Inadvertent Do Not Call Violations</u>.  Vendor shall:  (1) establish and implement written procedures designed to comply with the new national do not call requirements and Company-specific do-not-call requirements; (2) train its personnel in these procedures; (3) maintain and record a list of telephone numbers of consumers who have asked not to be called; (4) use and document a process to prevent telemarketing calls to telephone numbers on the Registry (employing for this purpose a version of the Registry that is no more than 31 days old as of the date of any particular call); and (5) in all outbound telemarketing calls, (a) provide

the called party with the name of the individual caller, (b) state that the call is being made on behalf of Company, and (c) provide a telephone number or address at which Company may be contacted.

   4.  State Do Not Call Registries and Telemarketing Laws.  Without limiting the foregoing and notwithstanding anything in an Agreement or in this Agreement to the contrary, Vendor shall continue to comply with any and all applicable state do not call statutes and other applicable state and local telemarketing laws and regulations in the United States jurisdiction(s) in which Vendor operates and/or into which it places telemarketing calls.

   5.  Caller ID Information.  Vendor must ensure that every outbound sales-related call transmits Caller ID information consisting of the Vendor's telephone number and, where made available by Vendor's telephone carrier, Vendor's business name.  Such telephone number shall permit an individual to make a do not call request during regular business hours for the duration of the relevant telemarketing campaign.  If agreed upon by Company in writing, Vendor may transmit Company's name and a Company-provided telephone number as Caller ID information in any campaigns conducted on behalf of Company.

   6.  Abandoned Calls.  Vendor must ensure that any technology it employs to dial telephone numbers (*e.g.*, predictive dialers or autodialers) abandons no more than three percent (3%) of calls answered by a person, measured over the duration of a single calling campaign, if less than 30 days, or separately over each successive 30-day period or portion thereof that the campaign continues (unless otherwise notified in writing by Company).  A call will be considered to be "abandoned" if it is not transferred to a live sales representative within two seconds of the recipient's completed greeting.  Vendor shall allow the phone calls to ring for at least fifteen (15) seconds or four rings before disconnecting an unanswered call.  Whenever Vendor abandons a sales-related call, it must promptly play a recorded message stating Company's business name and telephone number, and that the call was made for "telemarketing purposes."  (If agreed upon by Company in writing, this recorded message may state Company's name and a Company-provided telephone number.)  This recorded message shall not contain any sales "pitch" or advertising message or refer in any way to the availability or quality of Company services or products, its pricing, contents or advertising services, or otherwise convey any marketing-related information.  In the event that Vendor employs predictive dialers, Vendor shall maintain records that provide clear evidence that the dialers used comply with the three percent (3%) call abandonment rate, "ring time" and two second transfer requirements set forth in this paragraph.  Vendor must maintain such records for at least two (2) years from the date that Vendor generates such records, and Vendor shall provide Company with such records upon Company's written request.

   7.  Autodialers and Prerecorded Messages.  In performing the Services, Vendor shall not use an automatic telephone dialing system or prerecorded or artificial voice message to contact any emergency telephone line, any patient or guest room of a hospital, health care facility, elderly home or similar establishment, wireless telephone number unless express written consent to be contacted at that telephone number has been obtained, or any service for which the called party is charged for the call unless express written consent to be contacted at that telephone number has been obtained; nor shall Vendor place any prerecorded message or artificial voice calls (excluding only the prerecorded messages described in Paragraph 6, above) on Company's behalf without obtaining Company's prior written consent.  If Vendor places any calls using prerecorded messages and/or autodialers or predictive dialers, for calls to U.S. customers, Vendor shall comply with the FCC's regulations set forth at 47 C.F.R. § 64.1200 *et seq.,* and the FTC's Telemarketing Sales Rule ("TSR") set forth in 16 C.F.R. Part 310, and all state regulations.

   8.  Calling Hour Restrictions.  Subject to any more restrictive calling hour

requirements under state laws applicable to Vendor in performing the Services, Vendor shall not place any marketing or sales-related calls to any residential telephone line before 8 a.m. or after 9 p.m. local time at the called person's location.

9. <u>Disclosures and Billing Authorization Requirements for Outbound and Inbound Campaigns that Involve Interstate Calls</u>. In addition to the compliance obligations described above, which apply to both interstate and intrastate telemarketing calls in the United States, Vendor acknowledges and agrees to comply with all applicable additional requirements imposed by the TSR with respect to residential telemarketing calls that are made in the course of outbound and certain inbound campaigns that involve more than one interstate telephone call. These requirements include, without limitation: requirements that certain disclosures be made at the beginning of telemarketing calls and prior to the processing of bills required for payment; disclosure and documentation requirements for transactions that involve methods of payment other than credit cards or debit cards; disclosure and documentation requirements for transactions involving pre-acquired account information; disclosure and documentation for transactions involving "free-to-pay" conversion offers; and disclosure and documentation requirements relating to "upselling."

10. <u>Recordkeeping Requirements</u>. For a period of seven (7) years from the date of receipt or creation of information (as applicable), Vendor must maintain the following records relating to the Services: (i) all substantially different telemarketing scripts and advertising and promotional materials used; (ii) the name and last known address of every customer who purchases from a telemarketing representative, the nature of the purchase, and the amount paid; (iii) the name, any fictitious name used, last known home address and telephone number, and job title(s) of all current and former telemarketing representatives of the Vendor; and (iv) all records of customers' express verifiable authorization, express informed consent or express agreement required to be provided or received under applicable federal and state laws, rules, and regulations.

# EXHIBIT "B"

## PROCUREMENT AND CORPORATE RESPONSIBILTY POLICY FOR SUPPLIERS

Direct Energy and its Affiliates (collectively, the "Company") has developed business principles and codes of conduct for corporate and procurement responsibility. These set out the way in which the Company conducts its business and our commitment to acting with integrity in a fair and professional manner. The Company expects our business partners and suppliers ("Suppliers") to adhere to these business principles and codes of conduct wherever they operate around the world. The Company will engage with its Suppliers to manage the social, environmental and ethical impacts of the products and services it procures to ensure that customer experiences and business partnerships are enhanced. Suppliers must ensure that they promote the application of these business principles and codes of conduct throughout their own supply chain. The Company will monitor performance and take appropriate action where it believed these standards are not being effectively applied.

Accordingly, Suppliers, such as the Vendor, are required to comply with the terms of this policy as set out below:

**Key Elements:**

**1. Business principles/code of conduct**

The Supplier confirms that:

(a) it has a set of business principles or a code of conduct consistent with those of the Company, that it applies across its company including subsidiaries and any third parties it uses to provide goods and services to the Company which establishes the minimum standards to which the company will operate; and
(b) such business principles include a commitment to operate with professionalism and integrity and to manage the social, environmental and ethical impact of the Supplier's business.

**2. Focusing on health, safety and security**

The Supplier confirms that it has a robust health and safety management system ("HSMS") in place covering matters that include but are not limited to:

(a) policy;
(b) board level accountability;
(c) risk identification and mitigation;
(d) competency and training;
(e) measuring, and reporting; and
(f) periodic performance review.

**3. Protecting the Environment**

Suppliers are required to actively manage their own environmental impact and where possible, help the Company to meet its environmental goals. With this in mind the Supplier confirms that it has a robust environmental management system in place (can be part of a HSES management system), including but not limited to:
(a) policy, which includes a commitment to reduce its impact on the environment;
(b) board level accountability;
(c) impact and risk identification and mitigation;
(d) measuring, and reporting; and
(e) periodic performance review.

TMC 000014

DocuSign Envelope ID: DC458674-7FCE-41B2-80FD-08A34D3F6EFA

**4. Respecting human rights**

Unless otherwise required or prohibited by law, the Supplier confirms that,

(a) it does not employ engage or otherwise use any child labour in circumstances such that the tasks performed by any such child labour could reasonably be foreseen to cause either physical or emotional impairment to the development of such child;
(b) it does not use forced labour in any form (prison, indentured, bonded or otherwise) and its employees are not required to lodge papers or deposits on starting work;
(c) it provides a safe and healthy workplace, presenting no immediate hazards to its employees. Any housing provided by the Supplier to its employees is safe and fit for habitation;
(d) it provides access to clean water, food, and emergency healthcare to its employees in the event of accidents or incidents at the Supplier's workplace;
(e) it does not discriminate against any employees on any grounds (including race, religion, disability or gender);
(f) it does not engage in or support the use of corporal punishment, mental, physical, sexual or verbal abuse and does not use cruel or abusive disciplinary practices in the workplace;
(g) it pays each employee at least the minimum wage, or a fair representation of the prevailing industry wage, (whichever is the higher) and provides each employee with all legally mandated benefits;
(h) it complies with the laws on working hours and employment rights in the countries in which it operates;
(i) it is respectful of its employees' right to join and form independent trade unions and freedom of association;
(j) it has ethical and human rights policies and an appropriate complaints procedure to deal with any breaches of such policies; and
(k) it does not or has not contributed either directly or indirectly to human rights abuses and/or to the financing of armed conflicts in the manufacturing, sourcing or distribution of goods which contain any minerals mined in conditions of armed conflict.

**5. Demonstrating integrity in corporate conduct**

**The Company has a zero tolerance policy to bribery and corruption.**

(a) The Supplier has not and will not:

  (i) offer, promise or give a financial or other advantage to another person or business with the intention to induce or reward that person to perform improperly a relevant function or activity ("**Bribing**");
  (ii) request, agree to receive or accept a financial advantage for the improper performance of a relevant function or activity ("**Being bribed**"); or
  (iii) bribe a foreign public official with the intent to influence the official and obtain or retain business or an advantage in the conduct of business ("**Bribing a foreign public official**"),

  and will not tolerate or accept any such behaviour from its suppliers.

(b) The Supplier, therefore, warrants that:

  (i) it has and will comply with all relevant and applicable anti-bribery and corruption legislation;
  (ii) it has in place anti-bribery and corruption policies and procedures that apply across its company, including subsidiaries;
  (iii) the policy prohibits bribes of any form as described above, including kickback payments and facilitation payments;
  (iv) it has not and will not use gifts or donations, politically or otherwise, to influence a stakeholder or business partner;
  (v) it will not, in its relationship with the Company (including its employees and contractors), offer excessive gifts, hospitality or donations or seek to obtain an improper business advantage with gifts, hospitality or donations; and

13

TMC 000015

(vi) warrants that it is compliant with other relevant legal and regulatory rules and standards, specifically in relation to fraud, trade and economic sanctions, money laundering and other crimes.

(c) The Supplier shall also ensure that any person associated with it who is performing services or providing goods in connection with the Agreement does so following the satisfactory completion of proportionate, documented due diligence on such person.

(d) If an event outlined in the list above occurs, the Supplier confirms that it will promptly inform the Company.

## 6. Valuing our people – diversity and inclusion

The Supplier confirms that:

(a) it will recruit people on the basis of the qualifications and abilities needed to do the job, while promoting diversity and development throughout our business; and
(b) it will not operate any form of discrimination, harassment or bullying in the workplace.

## 7. Investing in communities

(a) The Supplier confirms it manages its social and economic impact on local stakeholders and communities.

(b) Where the Supplier's activities may have a negative impact on local stakeholders and communities, the Supplier confirms that:

(i) it has a policy to outline how it manages its social and economic impact on local stakeholders and communities; and
(ii) such policy outlines:
    a. when the Supplier will conduct impact assessments;
    b. who the Supplier will allow to participate in impact assessments; and
    c. where, when and how the impact assessments will be made available.

## 8. Ensuring openness and transparency

The Supplier confirms that it will be open, transparent and fair in its communications and dealings with its own business partners and other stakeholders affected by its supply chain activities and will take reasonable steps to ensure that it fulfils the payment terms and other conditions agreed with its business partners.

## 9. Responding to feedback

The Supplier confirms that it will be responsive to any concerns raised by the Company about the Supplier's own supply chain raised by stakeholders or by our business partners through the Company's procurement and supplier management process.

[End of Policy]

# EXHIBIT "C"

Attachment to Statement of Work No. 3

Example of Opt-In proposal:



15

TMC 000017

# EXHIBIT "D"

Attachment to Statement of Work No. 3

[FirstName], you're in luck! You are eligible for an exclusive deal from Direct Energy! If you're ready to learn more, call now. Reply NO to stop.

| |
|---|
| Hello! If you are NOT interested in services from Direct Energy, please press 9 and I will remove you from our list. If you're ready to speak with an agent about the unbeatable deals offered with Direct Energy, press 1 now. If you'd like to schedule a call, press 2. |
| Hello! This is your scheduled call about getting services from Direct Energy. Press 1 to go over your options with an agent now. Press 2 if you need to reschedule our call. If you'd like to be removed from our list, press 9. |

**EXHIBIT "E"**

Attachment to Statement of Work No. 3

Direct Energy logo art provided by DE Digital Department for online advertising display.

1) Image 1 of 2



2) Image 2 of 2



17

TMC 000019