# EXHIBIT 1-K

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2017 | 117034DETX |

| Bill To |
|---------|
| Direct Energy Services, LLC<br>1001 Liberty Ave 12th Floor<br>Pittsburgh, PA 15222 |

| P.O. No. | Terms |
|----------|-------|
| 117034 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DETX - Co Reg Lead Sourcing | 7,500 | 0.45 | 3,375.00 |

| | |
|---|---|
| **Total** | $3,375.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,375.00 |

Direct Energy 000570

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/7/2017 | 116994DETX |

| Bill To |
|---------|
| Direct Energy Services, LLC<br>1001 Liberty Ave 12th Floor<br>Pittsburgh, PA 15222 |

| P.O. No. | Terms |
|----------|-------|
| 116994 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DETX - Co Reg Lead Sourcing | 7,500 | 0.45 | 3,375.00 |

| | |
|---|---|
| **Total** | $3,375.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,375.00 |

**Total Marketing Concepts Inc.**

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 6/7/2017 | 116994DETX |

| Bill To |
|---------|
| Direct Energy Services, LLC<br>1001 Liberty Ave 12th Floor<br>Pittsburgh, PA 15222 |

| P.O. No. | Terms |
|----------|-------|
| 116994 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DETX - Co Reg Lead Sourcing | 1 | 15,000.00 | 15,000.00 |

| | |
|---|---|
| **Total** | $15,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,000.00 |

Confidential

**Total Marketing Concepts Inc.**

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 4/23/2017 | 116864DETX |

| Bill To |
|---------|
| Direct Energy Services, LLC<br>1001 Liberty Ave 12th Floor<br>Pittsburgh, PA 15222 |

| P.O. No. | Terms |
|----------|-------|
| 116864 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Outbound Program - Free Power 100 12 | 2 | 85.00 | 170.00 |
| Outbound Program - Live Brighter Weekends 24 | 10 | 120.00 | 1,200.00 |
| Outbound Program - Deposit Freedom Free WE 12 | 4 | 85.00 | 340.00 |
| Outbound Program - You Got This 12 | 1 | 85.00 | 85.00 |
| TX Leads - 306 | 306 | 0.54 | 165.24 |
| DEPP Sales - WE 04/23/2017 | 0 | 5.00 | 0.00 |
| DETX Hive Gift Cards WE 04/23/2017 | 0 | 10.00 | 0.00 |
| DETX Referral Gift Cards April | 1 | 500.00 | 500.00 |
| DETX - Co Reg Lead Sourcing - WE 4/23/2017 | 14,997 | 0.45 | 6,748.65 |

| | |
|---|---|
| **Total** | $9,208.89 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,208.89 |

Confidential

## Total Marketing Concepts Inc.

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 5/30/2017 | 116975DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
| 116975 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 25,500 | 0.45 | 11,475.00 |

| | |
|---|---|
| **Total** | $11,475.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,475.00 |

Confidential

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|---|---|
| 4/16/2017 | 116849DETX |

| Bill To |
|---|
| Direct Energy Services, LLC<br>1001 Liberty Ave 12th Floor<br>Pittsburgh, PA 15222 |

| P.O. No. | Terms |
|---|---|
| 116849 | Net 45 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Winback Program - Free Power 100 12 | 0 | 85.00 | 0.00 |
| Winback Program - Live Brighter 24 | 0 | 120.00 | 0.00 |
| | | | |
| Outbound Program - Free Power 100 12 | 0 | 85.00 | 0.00 |
| Outbound Program - Live Brighter Weekends 24 | 18 | 120.00 | 2,160.00 |
| Outbound Program - Deposit Freedom Free WE 12 | 1 | 85.00 | 85.00 |
| Outbound Program - Deposit Freedom Postpaid 12 | 1 | 85.00 | 85.00 |
| Outbound Program - Smart & Bright 24 | 0 | 160.00 | 0.00 |
| | | | |
| TX Leads - 360 | 360 | 0.54 | 194.40 |
| | | | |
| DEPP Sales - WE 04/16/2017 | 1 | 5.00 | 5.00 |
| | | | |
| DETX Hive Gift Cards WE 04/162017 | 0 | 10.00 | 0.00 |
| | | | |
| DETX - Co Reg Lead Sourcing - WE 4/16/2017 | 10,512 | 0.45 | 4,730.40 |

| | |
|---|---|
| **Total** | $7,259.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,259.80 |

Direct Energy 000629

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/7/2017 | 116911DETX |

| Bill To |
|---------|
| Direct Energy Services, LLC<br>1001 Liberty Ave 12th Floor<br>Pittsburgh, PA 15222 |

| P.O. No. | Terms |
|----------|-------|
| 116911 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Outbound Program - Free Power 100 12 | 1 | 85.00 | 85.00 |
| Outbound Program - Live Brighter Weekends 24 | 17 | 120.00 | 2,040.00 |
| Outbound Program - Deposit Freedom Free WE 12 | 7 | 90.00 | 630.00 |
| Outbound Program - Connect to Comfort 24 | 0 | 160.00 | 0.00 |
| Outbound Program - PTG Free Power Weekends | 0 | 65.00 | 0.00 |
| | | | |
| TX Leads - 450 | 450 | 0.54 | 243.00 |
| | | | |
| DEPP Sales - WE 05/07/2017 | 2 | 5.00 | 10.00 |
| | | | |
| DETX - Co Reg Lead Sourcing - WE 05/07/2017 | 95 | 0.45 | 42.75 |

| | |
|---|---|
| **Total** | $3,050.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,050.75 |

**Total Marketing Concepts Inc.**

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|---|---|
| 4/30/2017 | 116901DETX |

| Bill To |
|---|
| Direct Energy Services, LLC
1001 Liberty Ave 12th Floor
Pittsburgh, PA 15222 |

| P.O. No. | Terms |
|---|---|
| 116901 | Net 45 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Outbound Program - Free Power 100 12 | 1 | 85.00 | 85.00 |
| Outbound Program - Live Brighter Weekends 24 | 11 | 120.00 | 1,320.00 |
| Outbound Program - Deposit Freedom Free WE 12 | 8 | 85.00 | 680.00 |
| Outbound Program - Connect to Comfort 24 | 1 | 160.00 | 160.00 |
| Outbound Program - PTG Free Power Weekends | 2 | 65.00 | 130.00 |
| TX Leads - 414 | 414 | 0.54 | 223.56 |
| DEPP Sales - WE 04/30/2017 | 1 | 5.00 | 5.00 |
| DETX Hive Gift Cards WE 04/30/2017 | 1 | 10.00 | 10.00 |
| DETX - Co Reg Lead Sourcing - WE 4/30/2017 | 5,371 | 0.45 | 2,416.95 |

| | |
|---|---|
| **Total** | $5,030.51 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,030.51 |

**Total Marketing Concepts Inc.**

Sanford, FL 32771

# Invoice

| Date | Invoice # |
|---|---|
| 8/17/2017 | 117225DEN |

| Bill To |
|---|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|---|---|
| | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| DEN - Co Reg Lead Sourcing - WE 8/20/17 | 100,000 | 0.45 | 45,000.00 |

| | |
|---|---|
| **Total** | $45,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $45,000.00 |

Confidential

**Total Marketing Concepts Inc.**

Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/17/2017 | 117226DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing - WE 8/27/17 | 100,000 | 0.45 | 45,000.00 |

| | |
|---|---|
| **Total** | $45,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $45,000.00 |

Confidential

Direct Energy 000887

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/21/2017 | 117488DEN |

| Bill To |
|---------|
| Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 62,500 | 0.45 | 28,125.00 |

| | |
|---|---|
| **Total** | $28,125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $28,125.00 |

Confidential

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2017 | 117517DEN |

**Bill To**

Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 62,500 | 0.45 | 28,125.00 |

| | |
|---|---|
| **Total** | $28,125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $28,125.00 |

Direct Energy 001061

**Total Marketing Concepts Inc.**

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 11/19/2017 | 117577DEN |

| Bill To |
|---------|
| Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 62,500 | 0.45 | 28,125.00 |

| | |
|---|---|
| **Total** | $28,125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $28,125.00 |

Confidential

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2017 | 117288DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|--|--|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2017 | 117260DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/7/2017 | 117439DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | | |
|---|---|---|
| **Total** | | $22,500.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $22,500.00 |

Confidential

Direct Energy 001032

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/23/2017 | 117406DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

Confidential

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/13/2017 | 117466DEN |

**Bill To**

Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 62,500 | 0.45 | 28,125.00 |

| | |
|---|---|
| **Total** | $28,125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $28,125.00 |

Confidential

Direct Energy 001071

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/13/2017 | 117343DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

Confidential

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2017 | 117413DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

Confidential

Direct Energy 000940

## Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/2017 | 117385DEN |

| Bill To |
|---------|
| Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2017 | 117179DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
| 117179 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

Confidential

Direct Energy 001135

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2017 | 117221DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/3/2017 | 117191DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
| 117191 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing - 7/06/17 - 7/08/17 | 19,537 | 0.45 | 8,791.65 |

| | |
|---|---|
| **Total** | $8,791.65 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,791.65 |

Confidential

Direct Energy 001126

# Total Marketing Concepts Inc.

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2017 | 117237DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
|          |       |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing | 50,000 | 0.45 | 22,500.00 |

| | |
|---|---|
| **Total** | $22,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,500.00 |

Confidential

Direct Energy 001122

**Total Marketing Concepts Inc.**

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 7/31/2017 | 117190DEN |

| Bill To |
|---------|
| Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
| 117190 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing - 7/03/17 - 7/05/17 | 21,295 | 0.45 | 9,582.75 |

| | |
|---|---|
| **Total** | $9,582.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,582.75 |

Confidential

**Total Marketing Concepts Inc.**

4395 Saint John's Parkway
Sanford, FL 32771

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2017 | 117178DEN |

| Bill To |
|---------|
| Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
| 117178 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| DEN - Co Reg Lead Sourcing - 6/29/17 - 7/02/17 | 26,815 | 0.45 | 12,066.75 |

| | |
|---|---|
| **Total** | $12,066.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $12,066.75 |

Direct Energy 001128

**Total Marketing Concepts Inc.**

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 5/7/2017 | 116912DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
| 116912 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Sales WE 05/07/2017 | 115 | 75.00 | 8,625.00 |
| US North Leads - 2,127 | 2,127 | 0.54 | 1,148.58 |
| DE HIVE Sales Spiff WE 5/07/2017 | 86 | 10.74674 | 924.22 |
| DEN - Co Reg Lead Sourcing - WE 5/07/2017 | 1,152 | 0.45 | 518.40 |

| | |
|--|--|
| **Total** | $11,216.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,216.20 |

Direct Energy 001224

**Total Marketing Concepts Inc.**

# Invoice

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 4/30/2017 | 116900DEN |

| Bill To |
|---------|
| Direct Energy North<br>12 Greenway Plaza, Suite 250<br>Houston, TX 77046 |

| P.O. No. | Terms |
|----------|-------|
| 116900 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Sales WE 04/30/2017 | 130 | 75.00 | 9,750.00 |
| US North Leads - 2,405 | 2,405 | 0.54 | 1,298.70 |
| DE HIVE Sales Spiff WE 4/30/2017 | 40 | 10.994 | 439.76 |
| DEN - Co Reg Lead Sourcing - WE 4/30/2017 | 2,342 | 0.45 | 1,053.90 |

| | |
|---|---|
| **Total** | $12,542.36 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $12,542.36 |

Confidential

# Total Marketing Concepts Inc.

**Invoice**

4395 Saint John's Parkway
Sanford, FL 32771

| Date | Invoice # |
|------|-----------|
| 4/23/2017 | 116865DEN |

**Bill To**

Direct Energy North
12 Greenway Plaza, Suite 250
Houston, TX 77046

| P.O. No. | Terms |
|----------|-------|
| 116865 | Net 45 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Sales WE 04/23/2017 | 134 | 75.00 | 10,050.00 |
| US North Leads - 2479 | 2,479 | 0.54 | 1,338.66 |
| DE HIVE Sales Spiff WE 4/23/2017 | 77 | 10.51636 | 809.76 |
| DEN - Co Reg Lead Sourcing - WE 4/23/2017 | 9,292 | 0.45 | 4,181.40 |

| | |
|---|---|
| **Total** | $16,379.82 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $16,379.82 |

Confidential

Direct Energy 001424