==**Motion granted. Default judgment in the amount of $5,500 is entered in favor of Plaintiff against Defendants Total Marketing Concepts and Silverman Enterprises.**==
==**/s/ John R. Adams**==
==**U.S. District Judge**==
==**2/2/2026**==

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : Case No. 5:18-cv-182-JRA |
| | : |
| | : Judge Adams |
| Plaintiff, | : Magistrate Judge Henderson |
| | : |
| v. | : |
| | : |
| DIRECT ENERGY, LP, et al., | : |
| | : |
| Defendants. | : |

### PLAINTIFF MATTHEW DICKSON'S MOTION FOR DEFAULT JUDGMENT AGAINST TOTAL MARKETING CONCEPTS, INC. AND SILVERMAN ENTERPRISES, LLC

Now comes Plaintiff Matthew Dickson and hereby requests that the Court enter a default judgment against Defendants Total Marketing Concepts, Inc. ("TMC") and Silverman Enterprises, LLC ("Silverman").

In its Order granting Defendant Direct Energy's Motion for Summary Judgment, the Court entered default against Defendants TMC and Silverman, noting they have not engaged in defense of the litigation in any meaningful way since 2019 and 2020 respectively. (Doc. 185.)

Under Federal Rule of Civil Procedure 55(a), default can be entered against a party for failure to plead or otherwise defend the claim. As Magistrate Judge Henderson noted in her Report and Recommendation recommending denying Direct Energy's Motion for Summary

1