# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MATTHEW DICKSON, on behalf of himself and others similarly situated, | : : : | Case No. 5:18-cv-182-JRA |
| | : | Judge John R. Adams |
| Plaintiff, | : : | |
| v. | : : | |
| DIRECT ENERGY, LP, et al., | : : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Plaintiff Matthew Dickson hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order Rejecting the Report and Recommendation and Granting Defendant's Motion for Summary Judgment (Doc. 185) ("the Order") entered in this action on December 16, 2025, which by its express terms became a final appealable order on February 2, 2026.[1]

Dated: March 2, 2026

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (0070654)
Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
misny@mmmb.com

---

[1] The Order stated that it was "not a final order subject to appeal" until the "remaining claims" against other parties in the action "ha[d] been resolved." (Order at p. 7.) Those remaining claims were subject to default judgments entered by the Court on February 2, 2026. (Docs. 188 and 189.) The Court has not yet entered a judgment in a separate document related to the Order as required by Rule 58(a) of the Federal Rules of Civil Procedure. However, to avoid any potential prejudice, Plaintiff is filing his Notice of Appeal at this time. *See* Federal Rule of Appellate Procedure 4(a)(7)(B) ("A failure to set forth a judgment or order on a separate document when required by Federal Rule of Civil Procedure 58 (a) does not affect the validity of an appeal from that judgment or order.").

Edward A. Broderick (admitted *pro hac vice*)
Broderick Law P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 617.738.7080
Facsimile: 617.830.0327
E-mail: ted@broderick-law.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

Matthew P. McCue (admitted *pro hac vice*)
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
E-mail: mmccue@massattorneys.net

Samuel J. Strauss (admitted *pro hac vice*)
Turke & Strauss LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: 608.237.1774
Facsimile: 608.509.4423
E-mail: sam@turkestrauss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I served the foregoing through the Court's CM/ECF system, which will send notice to all counsel of record.

**/s/ Brian K. Murphy**
Brian K. Murphy